Colin V. Quinlan (SBN 332225)
Email: colin.quinlan@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,**
 **EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone:   (213) 443-5100
Facsimile:    (213) 443-5101
Attorneys for Defendant Dimitri Elkin

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eric WHITE, | Case No. 2:24-cv-00959-AH-DFM |
| Plaintiff, | **DEFENDANT DIMITRI ELKIN'S NOTICE OF MOTION AND MOTION TO DISMISS AMENDED COMPLAINT** |
| vs. | |
| BROOGE ENERGY LIMITED, et al., | [Filed contemporaneously with Memorandum of Points and Authorities] |
| Defendants. | Hon. Anne Hwang |
| | Date:       April 23, 2025 |
| | Time:       1:30 p.m. |
| | Location:  350 W. 1st Street, Courtroom 7D |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on April 23, 2025, at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 7D of the First Street U.S. Courthouse, located at 350 West 1st Street, Los Angeles, California 90012, Defendant Dimitri Elkin will, and hereby does, move under Rule 12(b) of the Federal Rules of Civil Procedure to dismiss the sole claim asserted against him in Lead Plaintiff Bluefin Capital Management, LLC's Amended Class Action

1

307729228v.1

Complaint, Dkt. No. 46 ("Amended Complaint"), for alleged violations of Section 20(a) of the Exchange Act.

This motion is made per the Court's September 10, 2024 Order Granting Joint Stipulation for Order Extended Time to File Amended Complaint and Responsive Pleadings, Dkt. No. 44, which set the last day to file and serve responses to the Lead Plaintiff's Amended Complaint on February 6, 2025.  This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on Wednesday January 29, 2025, as certified at the end of this motion.

Mr. Elkin brings this motion pursuant to Rule 12(b)(6) because the Amended Complaint fails to state a claim upon which relief can be granted, because (1) it fails to allege any primary violation by Twelve Seas while Mr. Elkin was a controlling person of that entity; (2) it fails to allege that any other entity that Mr. Elkin controlled is liable for a primary violation.  In the alternative, Mr. Elkin should be dismissed from this lawsuit pursuit to Rule 12(b)(7) because Lead Plaintiff has failed to serve and therefore join necessary and indispensable parties to this action, and it is inconsistent with equity and good conscience for this action to proceed against Mr. Elkin as the sole individual defendant.

This motion is based on this Notice and Motion, as well as the accompanying Memorandum of Points and Authorities filed contemporaneously herewith.  The motion is also based on the papers and pleadings already on file in this action and on such matters as may be presented to the Court at the hearing.

Dated: February 6, 2025

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: _____
Colin V. Quinlan
Attorneys for Defendant Dimitri Elkin

2

307729228v.1

# CERTIFICATE OF COMPLIANCE

I certify that the parties met by videoconference, thoroughly discussed each and every issue raised in this motion, and attempted in good faith to resolve the motion in whole or in part.

Dated: February 6, 2025                    By: _____

                                                Colin V. Quinlan

---

DEFENDANT DIMITRI ELKIN'S MOTION TO DISMISS AMENDED COMPLAINT

307729228v.1