Perrie M. Weiner, State Bar No. 134146
perrie.weiner@bakermckenzie.com
Benjamin W. Turner, State Bar No. 256092
ben.turner@bakermckenzie.com
**BAKER & McKENZIE LLP**
10250 Constellation Blvd., Suite 1850
Los Angeles, California  90067
Telephone:  310.201.4728
Facsimile:   310.201.4721

Stacey H. Wang, State Bar No. 245195
stacey.wang@hklaw.com
Kathryn J. Richards, State Bar No. 346956
kathryn.richards@hklaw.com
**HOLLAND & KNIGHT LLP**
400 South Hope Street 8th Floor
Los Angeles, California  90071
Telephone:   213.896.2480
Facsimile:   213.896.2450

Attorneys for Defendant
BROOGE ENERGY LIMITED

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

|  |  |
|---|---|
| ERIC WHITE, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>v.<br><br>BROOGE ENERGY LIMITED F/K/A BROOGE HOLDINGS LIMITED F/K/A TWELVE SEAS INVESTMENT COMPANY, NICOLAAS L. PAARDENKOOPER, SALEH YAMMOUT, SYED MASOOD ALI, LINA SAHEB, DIMITRI ELKIN, NEIL RICHARDSON, STEPHEN N. CANNON, PAUL DITCHBURN, ERNST & YOUNG, and PRICEWATERHOUSECOOPERS LIMITED PARTNERSHIP, DUBAI BRANCH,<br><br>                    Defendants. | **Case No. 2:24-cv-00959-AH-DFM**<br><br>**NOTICE OF MOTION AND MOTION BY DEFENDANT BROOGE ENERGY LIMITED TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Date:        April 23, 2025<br>Time:        1:30 p.m.<br>Ctrm:       7D, 7th Floor<br>Judge:      Hon. Anne Hwang<br><br>First Street Courthouse<br>350 W. 1st Street<br>Los Angeles, California 90012 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, on April 23, 2025 at 1:30 p.m., or as soon thereafter as such motion may be heard in Courtroom 7D before the Honorable Anne Hwang, located at 350 West First Street, Los Angeles, California 90012, Defendant Brooge Energy Limited ("Brooge") will and hereby does move for an order dismissing the First Amended Complaint ("FAC") pursuant to the Private Securities Litigation Reform Act of 1995, and Federal Rules of Civil Procedure 9(b), 12(b)(1) and 12(b)(6), for lack of subject matter jurisdiction and failure to state a claim.

This motion is made on the grounds that this action lacks subject matter jurisdiction because there is no ripe case or controversy, as required by Article III of the U.S. Constitution; that Lead Plaintiff Bluefin Capital Management, LLC ("Bluefin") lacks Article III standing because it is has not suffered an injury in fact; that Bluefin is not a member of the proposed class; and because the FAC has not and cannot state a claim.

Brooge's Motion to Dismiss is based upon this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities, Request for Judicial Notice, Declaration of Benjamin W. Turner and exhibits thereto; the complete files and records in this action; the argument of counsel and such other matters as the Court may consider, at or before the time this Motion is taken under submission by the Court.

Counsel certifies that the parties met by videoconference, thoroughly discussed each and every issue raised in the motion, and attempted in good faith to resolve the motion in whole or in part. *See* Declaration of Benjamin W. Turner ¶¶ 11-12.

Dated: February 6, 2025

Respectfully submitted,

By: /s/ Perrie M. Weiner
Perrie M. Weiner
**BAKER & MCKENZIE LLP**

Stacey H. Wang
**HOLLAND & KNIGHT LLP**

Attorneys for Defendant
BROOGE ENERGY LIMITED

NOTICE OF MOTION AND MOTION BY DEFENDANT BROOGE ENERGY LIMITED TO DISMISS FIRST AMENDED COMPLAINT