UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ERIC WHITE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BROOGE ENERGY LIMITED F/K/A BROOGE HOLDINGS LIMITED F/K/A TWELVE SEAS INVESTMENT COMPANY, NICOLAAS L. PAARDENKOOPER, SALEH YAMMOUT, SYED MASOOD ALI, LINA SAHEB, DIMITRI ELKIN, NEIL RICHARDSON, STEPHEN N. CANNON, PAUL DITCHBURN, ERNST & YOUNG, and PRICEWATERHOUSECOOPERS LIMITED PARTNERSHIP, DUBAI BRANCH,<br><br>Defendants. | **Case No. 2:24-cv-00959-AH-DFM**<br><br>**PROPOSED ORDER GRANTING DEFENDANT BROOGE ENERGY LIMITED'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Date:        April 23, 2025<br>Time:       1:30 p.m.<br>Ctrm:       7D, 7th Floor<br>Judge:      Hon. Anne Hwang<br><br>First Street Courthouse<br>350 W. 1st Street<br>Los Angeles, California 90012 |

PROPOSED ORDER GRANTING DEFENDANT BROOGE ENERGY LIMITED'S MOTION TO DISMISS AMENDED COMPLAINT

# [PROPOSED] ORDER

Defendant BROOGE ENERGY LIMITED's ("Brooge") Motion to Dismiss Lead Plaintiff Bluefin Capital Management, LLC's ("Bluefin") First Amended Complaint ("FAC") came on regularly for hearing before this Court.

The Court, having reviewed the moving, opposing, reply papers and finding good cause therefore, hereby GRANTS the Motion and ORDERS as follows:

Brooge's Motion to Dismiss Bluefin's FAC is GRANTED.

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable Anne Hwang
United Stated District Court Judge

Case No. 2:24-cv-00959-AH-DFM

PROPOSED ORDER GRANTING DEFENDANT BROOGE ENERGY LIMITED'S MOTION TO DISMISS AMENDED COMPLAINT