Perrie M. Weiner, State Bar No. 134146
perrie.weiner@bakermckenzie.com
Benjamin W. Turner, State Bar No. 256092
ben.turner@bakermckenzie.com
**BAKER & McKENZIE LLP**
10250 Constellation Blvd., Suite 1850
Los Angeles, California  90067
Telephone:  310.201.4728
Facsimile:   310.201.4721

Stacey H. Wang, State Bar No. 245195
stacey.wang@hklaw.com
Kathryn J. Richards, State Bar No. 346956
kathryn.richards@hklaw.com
**HOLLAND AND KNIGHT LLP**
400 South Hope Street 8th Floor
Los Angeles, California  90071
Telephone:   213.896.2480
Facsimile:   213.896.2450

Attorneys for Defendant
BROOGE ENERGY LIMITED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ERIC WHITE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BROOGE ENERGY LIMITED F/K/A BROOGE HOLDINGS LIMITED F/K/A TWELVE SEAS INVESTMENT COMPANY, NICOLAAS L. PAARDENKOOPER, SALEH YAMMOUT, SYED MASOOD ALI, LINA SAHEB, DIMITRI ELKIN, NEIL RICHARDSON, STEPHEN N. CANNON, PAUL DITCHBURN, ERNST & YOUNG, and PRICEWATERHOUSECOOPERS LIMITED PARTNERSHIP, DUBAI BRANCH,<br><br>Defendants. | **Case No. 2:24-cv-00959-AH-DFM**<br><br>**NOTICE OF MOTION AND MOTION BY DEFENDANT BROOGE ENERGY LIMITED TO MODIFY BRIEFING AND HEARING SCHEDULE ON BROOGE'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STAY THIS ACTION PENDING SERVICE ON REMAINING DEFENDANTS**<br><br>Date:        March 26, 2025<br>Time:        1:30 p.m.<br>Ctrm:        7D, 7th Floor<br>Judge:        Hon. Anne Hwang<br><br>First Street Courthouse<br>350 W. 1st Street<br>Los Angeles, California 90012 |

NOTICE OF MOTION AND MOTION BY DEFENDANT BROOGE ENERGY LIMITED TO MODIFY
BRIEFING AND HEARING SCHEDULE

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, on March 26, 2025 at 1:30 p.m., or as soon thereafter as such motion may be heard in Courtroom 7D before the Honorable Anne Hwang, located at 350 West First Street, Los Angeles, California 90012, Defendant Brooge Energy Limited ("Brooge") will and hereby does move, pursuant to Federal Rule of Civil Procedure 16 and *Landis v. N. Am. Co.*, 299 U.S. 248 (1936), for an order [1] modifying the briefing and hearing schedule on Brooge's concurrently filed Motion to Dismiss the First Amended Complaint ("FAC") of Lead Plaintiff Bluefin Capital Management, LLC ("Bluefin") because Bluefin has not yet effected service of the FAC and Summons on the remaining nine Defendants; or, in the alternative [2] to stay this action pending service of all Defendants.

In the event the Court is inclined to modify the briefing and hearing schedule, Brooge respectfully requests that the briefing and hearing schedule be modified as follows:

(1) A single hearing on all motions to dismiss, for all served Defendants, be set for sixty (60) days after the date on which Bluefin has completed service; or, if Bluefin has not served any further Defendants by **August 1, 2025**, set for hearing for **August 27, 2025 at 1:30 p.m**.

(2) All further briefing deadlines on the motion(s) to dismiss shall be based on the new hearing date pursuant to Local Rules 7-9 and 7-10.  Thus, if Bluefin does not complete service by August 1, 2025 and Brooge's Motion to Dismiss remains on calendar for August 27, 2025, the opposition shall be due on August 6, 2025, and the reply shall be due on August 13, 2025.

This motion is made on the grounds that a coordinated briefing schedule for all Defendants will allow this Court to consider, in a single, orderly process, all of the common issues and overlapping legal questions in full context and with the greatest efficiency and judicial economy. Such coordination will enable the parties to litigate

NOTICE OF MOTION AND MOTION BY DEFENDANT BROOGE ENERGY LIMITED TO MODIFY
BRIEFING AND HEARING SCHEDULE

(and this Court to rule on) those issues once, rather than proceeding in disconnected fashion with the attendant inefficiencies.

This Motion is based on the following memorandum of points and authorities, the accompanying Declaration of Benjamin W. Turner and attached exhibits, accompanying Request for Judicial Notice, the papers and pleadings on file, and any oral argument allowed by the Court at the time of the hearing of this Motion.

Counsel certifies that the parties met in person or by videoconference, thoroughly discussed each and every issue raised in the motion, and attempted in good faith to resolve the motion in whole or in part. *See* Declaration of Benjamin W. Turner ¶¶ 11-12.

Dated: February 6, 2025

Respectfully submitted,

By: /s/ Perrie M. Weiner
Perrie M. Weiner
**BAKER & MCKENZIE LLP**

Stacey H. Wang
**HOLLAND AND KNIGHT LLP**

Attorneys for Defendant
BROOGE ENERGY LIMITED

NOTICE OF MOTION AND MOTION BY DEFENDANT BROOGE ENERGY LIMITED TO MODIFY BRIEFING AND HEARING SCHEDULE