UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ERIC WHITE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BROOGE ENERGY LIMITED F/K/A BROOGE HOLDINGS LIMITED F/K/A TWELVE SEAS INVESTMENT COMPANY, NICOLAAS L. PAARDENKOOPER, SALEH YAMMOUT, SYED MASOOD ALI, LINA SAHEB, DIMITRI ELKIN, NEIL RICHARDSON, STEPHEN N. CANNON, PAUL DITCHBURN, ERNST & YOUNG, and PRICEWATERHOUSECOOPERS LIMITED PARTNERSHIP, DUBAI BRANCH,<br><br>Defendants. | **Case No. 2:24-cv-00959-AH-DFM**<br><br>**PROPOSED ORDER GRANTING DEFENDANT BROOGE ENERGY LIMITED'S MOTION TO MODIFY BRIEFING AND HEARING SCHEDULE ON BROOGE'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STAY ACTION PENDING SERVICE ON REMAINING DEFENDANTS**<br><br>Date:       March 26, 2025<br>Time:       1:30 p.m.<br>Ctrm:      7D, 7th Floor<br>Judge:     Hon. Anne Hwang<br><br>First Street Courthouse<br>350 W. 1st Street<br>Los Angeles, California 90012 |

Case No. 2:24-cv-00959-AH-DFM

PROPOSED ORDER GRANTING DEFENDANT BROOGE ENERGY LIMITED'S MOTION TO MODIFY
BRIEFING AND HEARING SCHEDULE

## [PROPOSED] ORDER

The Court, having reviewed Defendant Brooge Energy Limited's ("Brooge") Motion to Modify the Briefing and Hearing Schedule on Brooge's Motion to Dismiss or, in the Alternative, to Stay this Action Pending Service on Remaining Defendants, and the opposition and reply papers thereto, GRANTS the Motion and ORDERS that:

1. Lead Plaintiff Bluefin Capital Management, LLC ("Bluefin") shall have until **August 1, 2025** to effect service of the First Amended Complaint and Summons on all remaining unserved Defendants in this action.

2. In the event Bluefin effects service on any remaining unserved Defendants by August 1, 2025, the parties shall meet and confer regarding a single, consolidated briefing schedule for all served Defendants' Rule 12(b) motions, with a single hearing for all motions, from all served Defendants, to be set no later sixty days after the date Bluefin completes service.

3. The hearing on Brooge's Motion to Dismiss is tentatively continued to **August 27, 2025** at 1:30 p.m. pending Bluefin's efforts to effect service.

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable Anne Hwang
United Stated District Court Judge

1                                    Case No. 2:24-cv-00959-AH-DFM

PROPOSED ORDER GRANTING DEFENDANT BROOGE ENERGY LIMITED'S MOTION TO MODIFY
BRIEFING AND HEARING SCHEDULE