Perrie M. Weiner, State Bar No. 134146
perrie.weiner@bakermckenzie.com
Benjamin W. Turner, State Bar No. 256092
ben.turner@bakermckenzie.com
**BAKER & McKENZIE LLP**
10250 Constellation Blvd., Suite 1850
Los Angeles, California 90067
Telephone: 310.201.4728
Facsimile: 310.201.4721

Stacey H. Wang, State Bar No. 245195
stacey.wang@hklaw.com
Kathryn J. Richards, State Bar No. 346956
kathryn.richards@hklaw.com
**HOLLAND AND KNIGHT LLP**
400 South Hope Street 8th Floor
Los Angeles, California 90071
Telephone: 213.896.2480
Facsimile: 213.896.2450

Attorneys for Defendant
BROOGE ENERGY LIMITED

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| ERIC WHITE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BROOGE ENERGY LIMITED F/K/A BROOGE HOLDINGS LIMITED F/K/A TWELVE SEAS INVESTMENT COMPANY, NICOLAAS L. PAARDENKOOPER, SALEH YAMMOUT, SYED MASOOD ALI, LINA SAHEB, DIMITRI ELKIN, NEIL RICHARDSON, STEPHEN N. CANNON, PAUL DITCHBURN, ERNST & YOUNG, and PRICEWATERHOUSECOOPERS LIMITED PARTNERSHIP, DUBAI BRANCH,<br><br>Defendants. | Case No. 2:24-cv-00959-AH-DFM<br><br>**DECLARATION OF BENJAMIN W. TURNER IN SUPPORT OF MOTIONS BY DEFENDANT BROOGE ENERGY LIMITED TO DISMISS THE FIRST AMENDED COMPLAINT AND MODIFY BRIEFING AND HEARING SCHEDULE**<br><br>Date: March 26, 2025<br>Time: 1:30 p.m.<br>Ctrm: 7D, 7th Floor<br>Judge: Hon. Anne Hwang<br><br>First Street Courthouse<br>350 W. 1st Street<br>Los Angeles, California 90012 |

Case No. 2:24-cv-00959-AH-DFM

DECLARATION OF BENJAMIN W. TURNER

I, Benjamin W. Turner, declare as follows:

1. I am an attorney at law duly admitted to practice before this Court and the courts in the state of California. I am an attorney with Baker & McKenzie LLP, counsel of record for Defendant Brooge Energy Limited ("Brooge") in this action.

1. Attached as **Exhibit A** is a true and correct copy of a Form 6-K filed with the SEC by Brooge on December 8, 2022, disclosing the resignation of Nicolaas L. Paardenkooper, publicly available on the SEC's website.

2. Attached as **Exhibit B** is a true and correct copy of a Form 6-K filed with the SEC by Brooge on January 20, 2023, including a letter from PricewaterhouseCoopers Limited Partnership, Dubai Branch, publicly available on the SEC's website.

3. Attached as **Exhibit C** is a true and correct copy of a Form 6-K filed with the SEC by Brooge on December 22, 2023, publicly available on the SEC's website.

4. Attached as **Exhibit D** is a true and correct copy of an Administrative Order issued by the SEC on December 22, 2023, publicly available at https://www.sec.gov/files/litigation/admin/2023/33-11260.pdf.

5. Attached as **Exhibit E** is a true and correct copy of a press release issued by the SEC, publicly available at https://www.sec.gov/enforcement-litigation/distributions-for-harmed-investors/matter-brooge-energy-limited-nicolaas-lammert-paardenkooper-lina-saheb-admin-proc-file-no-3-21816.

6. Attached as **Exhibit F** is a true and correct copy of a Notice of Proposed Plan of Distribution and Opportunity for Comment published by the SEC on November 26, 2024, publicly available at https://www.sec.gov/files/litigation/admin/2024/34-101757.pdf.

7. Attached as **Exhibit G** is a true and correct copy of an Order issued by the SEC on January 28, 2025, approving the Plan of Distribution, publicly available at https://www.sec.gov/files/litigation/admin/2025/34-102298.pdf.

1                                    Case No. 2:24-cv-00959-AH-DFM

DECLARATION OF BENJAMIN W. TURNER

8.      Attached as **Exhibit H** is a true and correct copy of a press release issued by the SEC on December 22, 2023, publicly available at https://www.sec.gov/newsroom/press-releases/2023-256.

9.      Attached as **Exhibit I** is a true and correct copy of a chart showing Brooge's historical stock prices and trading volume during the period November 25, 2019, to February 3, 2025, downloaded from NASDAQ.com and publicly available at https://www.nasdaq.com/market-activity/stocks/brog/historical.

10.      Attached as **Exhibit J** is a true and correct copy of a complaint filed in the United States District Court for the Southern District of New York, captioned *Anvil Trust, et al. v. Ernst & Young, et al.*, Case No. 1-24-cv-09731.

11.      On January 7, 2025, I and other counsel on behalf of Brooge participated in a Zoom conference with counsel for Lead Plaintiff Bluefin Capital Management, LLC ("Bluefin"). During the Zoom conference, Brooge inquired as to whether Bluefin would be amenable to modifying the February 6, 2025 deadline to respond to the First Amended Complaint ("FAC") pending service of all Defendants. Bluefin declined.

12.      On January 30, 2025, I conducted via Zoom a Local Rule 7-3 meet and confer with counsel for Bluefin, for Brooge's then-anticipated motions to (i) dismiss and (ii) stay or otherwise modify the response deadline for the FAC pending service of all Defendants.  The parties did not reach an agreement regarding either motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 6th day of February 2025.

_____
Benjamin W. Turner

DECLARATION OF BENJAMIN W. TURNER