# EXHIBIT A

Case 2:24-cv-00959-AH-DFM    Document 54-1    Filed 02/06/25    Page 2 of 5    Page ID
#:671

6-K 1 ea169850-6k_brooge.htm REPORT OF FOREIGN PRIVATE ISSUER

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**FORM 6-K**

**REPORT OF FOREIGN PRIVATE ISSUER PURSUANT TO RULE 13a-16 OR 15d-16**
**UNDER THE SECURITIES EXCHANGE ACT OF 1934**

**For the month of December 2022**

**Commission File Number 001-39171**

**BROOGE ENERGY LIMITED**
(Translation of registrant's name into English)

c/o Brooge Petroleum and Gas Investment Company FZE
P.O. Box 50170
Fujairah, United Arab Emirates
+971 9 201 6666
(Address of principal executive office)

Indicate by check mark whether the registrant files or will file annual reports under cover of Form 20-F or Form 40-F.

Form 20-F ☒ Form 40-F ☐

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(1): ☐

**Note**: Regulation S-T Rule 101(b)(1) only permits the submission in paper of a Form 6-K if submitted solely to provide an attached annual report to security holders.

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(7):☐

**Note**: Regulation S-T Rule 101(b)(7) only permits the submission in paper of a Form 6-K if submitted to furnish a report or other document that the registrant foreign private issuer must furnish and make public under the laws of the jurisdiction in which the registrant is incorporated, domiciled or legally organized (the registrant's "home country"), or under the rules of the home country exchange on which the registrant's securities are traded, as long as the report or other document is not a press release, is not required to be and has not been distributed to the registrant's security holders, and, if discussing a material event, has already been the subject of a Form 6-K submission or other Commission filing on EDGAR.

Case 2:24-cv-00959-AH-DFM    Document 54-1    Filed 02/06/25    Page 3 of 5    Page ID
#:672

## CONTENTS

### *Resignation of Nicolaas L. Paardenkooper from the CEO and Director Positions/Appointment of Lina S. Saheb as Interim CEO*

On December 8, 2022, Nicolaas L. Paardenkooper resigned from his positions as Chief Executive Officer and Director of the Board of Directors ("Board") of Brooge Energy Limited (the "Company") and all its subsidiaries companies. Mr. Paardenkooper will be joining BPGIC Holdings Ltd., the Company's majority shareholder, on a full-time basis. A copy of Mr. Paardenkooper's resignation letter is furnished as Exhibit 99.1 to this report and is incorporated herein by reference.

The Board has promoted Ms. Lina S. Saheb to the position of Interim Chief Executive Officer, assuming all of the responsibilities formerly held by Mr. Paardenkooper. Mr. Paardenkooper has agreed to be available on an as needed basis to assist in the transition for the immediate future.

| Exhibit No. | Description of Exhibit |
|---|---|
| 99.1 | Resignation Letter dated December 8, 2022. |

1

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**BROOGE ENERGY LIMITED**

Date: December 8, 2022

By:  /s/ Lina S. Saheb
Name: Lina S. Saheb
Title: Interim CEO

2

EX-99.1 2 ea169850ex99-1_brooge.htm RESIGNATION LETTER DATED DECEMBER 8, 2022

**Exhibit 99.1**

Dubai 08 December 2022

Dear Colleagues of the Board of Directors of Brooge Energy Limited,

I am tendering my resignation as CEO and a director of Brooge Energy Limited ("Company") effective today. This resignation includes all positions with the Company and any subsidiaries.

I will be joining BPGIC Holdings on a full-time basis, and I have entered into an employment agreement with BPGIC Holdings that is effective at the earlier of (i) the time the Company's contemplated going private transaction is completed or (ii) February 25, 2023.

I am available on an as needed basis to assist in the transition of any on-going Company matters.

I want to thank my fellow Board members for their invaluable advice over the years and our employees for their incredible dedication to the Company.

Sincerely,

/s/ Nicolaas L. Paardenkooper

Nicolaas L. Paardenkooper