# EXHIBIT E

Case 2:24-cv-00959-AH-DFM    Document 54-5    Filed 02/06/25    Page 1 of 4    Page ID #:701

Case 2:24-cv-00959-AH-DFM    Document 54-5    Filed 02/06/25    Page 2 of 4    Page ID #:702



U.S. Securities and
Exchange Commission

Home  /  Enforcement and Litigation  / In the Matter of Brooge Energy Limited, Nicolaas Lammert Paardenkooper, and Lina Saheb

HARMED INVESTOR

# In the Matter of Brooge Energy Limited, Nicolaas Lammert Paardenkooper, and Lina Saheb

## Admin. Proc. File No. 3-21816

On December 22, 2023, the Commission instituted and simultaneously settled administrative and cease-and-desist proceedings (the "Order") against Brooge Energy Limited ("Brooge"), Nicolaas Lammert Paardenkooper ("Paardenkooper"), and Lina Saheb ("Saheb") (collectively, the "Respondents"). In the Order, the Commission found that Brooge went public through a special purpose acquisition company ("SPAC") transaction in December 2019. Before and after going public between thirty (30) and eighty (80) percent of Brooge's revenues were unsupported and materially misstated from 2018 through early 2021. Subsequent to the SPAC transaction, Brooge registered the offer and sale of up to $500 million in different types of securities with the Commission and an affiliate of the company issued $200 million of 5-year senior secured bonds in the Nordic bond market. Additionally, the Commission found that Paardenkooper and Saheb knew, or were reckless in not knowing, of this accounting fraud.

The Commission ordered the Respondents to pay a combined total of $5,200,000.00 in civil money penalties to the Commission. The Commission also

created a Fair Fund, pursuant to Section 308(a) of the Sarbanes-Oxley Act of 2002, so the penalties collected could be distributed to harmed investors (the "Fair Fund"). See the Commission's Order: Release No. 33-11260 (https://www.sec.gov/files/litigation/admin/2023/33-11260.pdf)

The Fair Fund consists of the $5,200,000.00 collected from the Respondents. The Fair Fund has been deposited in a Commission-designated account at the U.S. Department of the Treasury, and any accrued interest will be added to the Fair Fund.

On April 3, 2024, the Commission issued an order appointing Miller Kaplan Arase LLP,, as the Tax Administrator of the Fair Fund. See the Commission's Order: Release No. 34-99901 (https://www.sec.gov/files/litigation/admin/2024/34-99901.pdf)

On November 26, 2024, the Commission published a notice of the proposed plan of distribution and opportunity for comment and simultaneously published the proposed plan of distribution ("Proposed Plan"). The notice provides the public with 30 days to submit their comments on the Proposed Plan. See the Commission's Notice: Release No. 34-101757 (https://www.sec.gov/files/litigation/admin/2024/34-101757.pdf) and the Proposed Plan (https://www.sec.gov/files/litigation/admin/2024/34-101757-pdp.pdf).

The Proposed Plan provides that the distribution of the Fair Fund shall be made to those injured investors who purchased shares of the Security during the Relevant Period and suffered net trading losses due to the misconduct of the Respondents.

On January 28 , 2025, the Commission issued an order approving the Proposed Plan and simultaneously posted the approved plan of distribution (the "Plan"). See the Commission's Order: Release No. 34-102298 (https://www.sec.gov/files/litigation/admin/2025/34-102298.pdf) and the Plan (https://www.sec.gov/files/litigation/admin/2025/34-102298-dp.pdf).

For more information, please contact the Fund Administrator

Rust Consulting
https://www.rustconsulting.com/ (https://www.rustconsulting.com/)

Last Reviewed or Updated: March 4, 2024

Case 2:24-cv-00959-AH-DFM Document 54-5 Filed 02/06/25 Page 4 of 4 Page ID #:704