Colin V. Quinlan (SBN 332225)
Email: colin.quinlan@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone:   (213) 443-5100
Facsimile:    (213) 443-5101
Attorneys for Defendant Dimitri Elkin

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eric WHITE,<br><br>                         Plaintiff,<br><br>     vs.<br><br>BROOGE ENERGY LIMITED, et al.,<br><br>                         Defendants. | Case No. 2:24-cv-00959-AH-DFM<br><br>**DEFENDANT DIMITRI ELKIN'S NOTICE OF JOINDER IN DEFENDANT BROOGE ENERGY LIMITED'S MOTION TO MODIFY BRIEFING AND HEARING SCHEDULE ON BROOGE'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STAY THIS ACTION PENDING SERVICE ON REMAINING DEFENDANTS**<br><br>Hon. Anne Hwang<br><br>Date:        March 26, 2025<br>Time:        1:30 p.m.<br>Location:   350 W. 1st Street,<br>                   Courtroom 7D |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 26, 2025, at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 7D of the First Street U.S. Courthouse, located at 350 West 1st Street, Los Angeles, California 90012, Defendant Dimitri Elkin will, and hereby does, join in Defendant Brooge Energy

1

Limited's Motion to Modify Briefing and Hearing Schedule on Brooge's Motion to Dismiss or, in the Alternative, to Stay This Action Pending Service on Remaining Defendants (the "Motion").  In an effort to avoid unnecessary duplication of effort and conserve judicial resources, Mr. Elkin adopts the arguments set forth in the Motion and the memorandum of points and authorities in support thereof, Dkt. Nos. 53, 53-1, as though fully set forth herein.

In further support of the Motion, Mr. Elkin also incorporates the arguments made in the memorandum of points and authorities in support of his Motion to Dismiss the Amended Complaint under Rule 12(b)(7) for failure to join a party under Rule 19, Dkt. No. 49-1 at 3, 5, 9-11, as though fully set forth herein.

This notice of joinder is made following the conference of counsel pursuant to Local Rule 7-3, which took place on Wednesday, January 29, 2025, as certified at the end of this notice of joinder.

Dated: February 7, 2025

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: _____
Colin V. Quinlan
Attorneys for Defendant Dimitri Elkin

2

## CERTIFICATE OF COMPLIANCE

I certify that the parties met by videoconference on Wednesday, January 29, 2025, thoroughly discussed each and every issue raised in Brooge Energy Limited's Motion and this Notice of Joinder, and attempted in good faith to resolve the motion in whole or in part.

Dated: February 7, 2025          By: _____

Colin V. Quinlan

DIMITRI ELKIN'S NOTICE OF JOINDER IN MOTION TO MODIFY SCHEDULE OR STAY ACTION

308066356v.1