Amanda F. Lawrence (admitted *pro hac vice*)
alawrence@scott-scott.com
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 S. Main St.
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 404-7770
Facsimile:  (860) 537-4432

*Attorney for Lead Plaintiff Movant*
*Bluefin Capital Management, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WHITE, Individually and on Behalf of All Others Similarly Situated,<br><br>                          Plaintiff,<br><br>        v.<br><br>BROOGE ENERGY LIMITED F/K/A BROOGE HOLDINGS LIMITED F/K/A TWELVE SEAS INVESTMENT COMPANY, NICOLAAS L. PAARDENKOOPER, SALEH YAMMOUT, SYED MASOOD ALI, BURGESE VIRAF PAREKH, LINA SAHEB, DIMITRI ELKIN, NEIL RICHARDSON, STEPHEN N. CANNON, and PAUL DITCHBURN,<br><br>                          Defendants. | Case No.: 2:24-cv-00959-AH-DFM<br><br>**DECLARATION OF CORNELIA J. B. GORDON IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT BROOGE ENERGY LIMITED'S MOTION TO MODIFY BRIEFING AND HEARING SCHEDULE ON BROOGE'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STAY THIS ACTION PENDING SERVICE ON REMAINING DEFENDANTS** |

I, Cornelia J. B. Gordon, declare as follows:

1.      I am an attorney at law duly admitted to practice before this Court and the courts in the state of California.  I am an attorney with Scott+Scott Attorneys at Law LLP, counsel of record for Lead Plaintiff Bluefin Capital Management, LLC ("Plaintiff").

2.      Soon after Plaintiff was appointed Lead Plaintiff in late July 2024, I authorized commencement of service efforts on the two defendants with a U.S. presence: Dimitri Elkin ("Elkin") and Brooge Energy Limited ("Brooge").  As reflected in ECF Nos. 33-34, service was effected on Elkin on August 4, 2024, and on Brooge on August 12, 2024.

3.      On July 31, 2024, I reached out to a contact at Civil Action Group to discuss international service of process.  In the course of that correspondence, Civil Action Group estimated that service on foreign defendants located in the United Arab Emirates (U.A.E.) would take 6 to 12 months pursuant to the Letters Rogatory process.

4.      My firm first made contact with counsel for Elkin and Brooge in the second half of August 2024.  In negotiating the terms of the Joint Stipulation for Order Extending Time To File Amended Complaint and Responsive Pleadings (ECF No. 43), which was filed on September 6, 2024, the topic of service of Foreign Defendants came up multiple times.

5.      In October 2024, we determined home addresses for Defendants Neil Richardson and Stephen N. Cannon and commenced service efforts on them through Civil Action Group.  I understand and believe that the jurisdictions in which both men are located – the United Kingdom and Hong Kong, China – are parties to the Hague Convention.

6.      In mid-November 2024, Civil Action Group confirmed that unless we had home addresses for the individual defendants with their last known home

1

residence in the United Arab Emirates (U.A.E.) – Defendants Nicolaas L. Paardenkooper, Lina Saheb, Saleh Mohamed Yammout, Syed Masood Ali, and Paul Ditchburn – they would be unable to assist with effecting service on these individuals, as they were unable to conduct "skip tracing" in the U.A.E.

7.     In the second half of November 2024, I began corresponding with an international law firm referred to us as a potential partner to assist us with effecting service of process on the unserved Foreign Defendants.  I continued corresponding with this law firm in December 2024.

8.     As reflected by the filing of the Amended Complaint on December 6, 2024 (ECF No. 46), Plaintiff and counsel worked to comply with the deadline for the filing of the Amended Complaint to which the parties previously stipulated. With the Amended Complaint, Defendant Burgese Viraf Parekh was dropped from the litigation, and the two "Auditor Defendants" were added: Ernst & Young ("E&Y," a member firm of the Ernst & Young network located in Manama, Bahrain) and PricewaterhouseCoopers Limited Partnership, Dubai Branch ("PwC," a member firm of the PricewaterhouseCoopers network located in Dubai, United Arab Emirates).

9.     Soon after the filing of the Amended Complaint, we sent requests for waivers of service via certified mail to E&Y and PwC.  We received confirmation that the requests were delivered on December 18, 2024, but have not heard from either of the Auditor Defendants.

10.     In January 2025, after alerting the international law firm referenced in ¶7 to the addition of the Auditor Defendants, the firm informed me that they would no longer be able to assist us in our service efforts.  The international law firm put me directly in touch with a service contractor to discuss further international service efforts, and I have been corresponding with that contractor regarding service.

2

DECLARATION OF CORNELIA J. B. GORDON IN SUPPORT OF OPPOSITION TO MOTION TO STAY
CASE NO. 2:24-cv-00959-AH-DFM

11.    On January 7, 2025, we had a conference call with counsel for Brooge. On the call, I asked counsel for Brooge to provide addresses for the Foreign Defendants who were former officers (Defendants Nicolaas L. Paardenkooper, Saleh Yammout, Syed Masood Ali, Lina Saheb, and Paul Ditchburn).  Counsel for Brooge did not respond.

12.    On February 24, 2025, I renewed my request to Brooge's counsel for the addresses of the foreign defendants in writing.  I also asked if Brooge would accept service for one of the Foreign Defendants, a former officer but a current director on Brooge's board.  Brooge's counsel did not respond by February 27, 2025, and I followed up by email.  That same day, Brooge's counsel confirmed receipt of my email, but offered no further response.  As of now, I have yet to receive an answer from Brooge's counsel addressing the substance of my February 24, 2025 email.

13.    I have participated in conversations with counsel in the matter of *Anvil Trust v. Ernst & Young*, S.D.N.Y., No. 1:24-cv-09731.  Upon information and belief, the E&Y member firm which is a defendant in both this and the *Anvil Trust* action – E&Y (Bahrain) – has not yet been served in the *Anvil Trust* matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ *Cornelia J. B. Gordon*
Cornelia J. B. Gordon (CA 320207)

DECLARATION OF CORNELIA J. B. GORDON IN SUPPORT OF OPPOSITION TO MOTION TO STAY
CASE NO. 2:24-cv-00959-AH-DFM

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 5, 2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of this filing via electronic means to all counsel of record.

DATED: March 5, 2025

*/s/ Cornelia J. B. Gordon*
Cornelia J. B. Gordon (CA 320207)

4