Colin V. Quinlan (SBN 332225)
Email: colin.quinlan@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,**
**  EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone:   (213) 443-5100
Facsimile:   (213) 443-5101
Attorneys for Defendant Dimitri Elkin

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eric WHITE,<br><br>                    Plaintiff,<br><br>     vs.<br><br>BROOGE ENERGY LIMITED, et al.,<br><br>                    Defendants. | Case No. 2:24-cv-00959-AH-DFM<br><br>**DECLARATION OF COLIN V. QUINLAN IN SUPPORT OF DEFENDANT DIMITRI ELKIN'S REPLY IN SUPPORT OF JOINED MOTION TO MODIFY SCHEDULE OR STAY ACTION**<br><br>[Filed contemporaneously with Defendant Dimitri Elkin's Reply Brief]<br><br>Hon. Anne Hwang<br><br>Date:         March 26, 2025<br>Time:         1:30 p.m.<br>Location:   350 W. 1st Street, Courtroom 7D |

1

QUINLAN DECLARATION

309528638v.1

**DECLARATION OF COLIN V. QUINLAN**

I, Colin V. Quinlan, declare and state as follows:

1. I am an attorney duly licensed to practice law in the State of California. I am Of Counsel at the firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP. I am counsel of record for Defendant Dimitri Elkin in this action. The following facts are within my personal knowledge and, if called upon to testify as a witness, I could and would testify competently thereto.

2. In late August 2024, I exchanged email correspondence with Lead Plaintiff's counsel. This email correspondence is attached hereto as Exhibit 1.

3. In early September 2024, I exchange email correspondence with both Lead Plaintiff's counsel and counsel for Defendant Brooge Energy Limited. This email correspondence is attached hereto as Exhibit 2.

I declare under penalty of perjury and the laws of the State of California that the foregoing is true and correct.

Executed this 10th day of March, 2025, in Los Angeles, California.

Colin V. Quinlan

QUINLAN DECLARATION

309528638v.1