# EXHIBIT 1

**Quinlan, Colin**

| | |
|---|---|
| **From:** | Quinlan, Colin |
| **Sent:** | Friday, August 30, 2024 11:16 AM |
| **To:** | Cornelia Gordon |
| **Cc:** | John Jasnoch; Tom Laughlin; brian@schallfirm.com; Amanda Lawrence |
| **Subject:** | RE: Questions re Responsive Pleading Deadline - White v. Brooge Energy Limited, Case No. 2:24-cv-000959-FLA-DFM (C.D. Cal.) |

Thank you, Cornelia.  That plan sounds good to me.

I hope you have a happy Labor Day weekend.

Regards,
Colin

Colin V. Quinlan
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
555 S. Flower Street - Suite 2900
Los Angeles, CA 90071-2407
213.330.8743 (Direct)
203.246.1911 (Cell)
213.443.5100 (Main)
213.443.5101 (Fax)
colin.quinlan@wilsonelser.com

---

**From:** Cornelia Gordon <cgordon@scott-scott.com>
**Sent:** Friday, August 30, 2024 6:27 AM
**To:** Quinlan, Colin <Colin.Quinlan@wilsonelser.com>
**Cc:** John Jasnoch <jjasnoch@scott-scott.com>; Tom Laughlin <tlaughlin@scott-scott.com>; brian@schallfirm.com; Amanda Lawrence <alawrence@scott-scott.com>
**Subject:** Re: Questions re Responsive Pleading Deadline - White v. Brooge Energy Limited, Case No. 2:24-cv-000959-FLA-DFM (C.D. Cal.)

**EXTERNAL EMAIL** This email originated from outside the organization.

Confirming we do not expect your client to respond to the initial complaint. I'm traveling today for work, but we can touch base on Tuesday after the holiday. I understand your position and we should be able to get something on file early next week, whether that be a stopgap or a full schedule.
Sent from my iPhone

On Aug 29, 2024, at 8:03 PM, Quinlan, Colin <Colin.Quinlan@wilsonelser.com> wrote:

Thank you for the timely response, Cornelia.  I have two follow-ups.

One: I know this is implied by what you told me, but just for the record, will you confirm that you do not expect my client to respond to the initial complaint?

Two: I don't intend to rush you to get a schedule figured out, but since proof of service was filed on the docket, I would like to get a formal extension on the docket as well sooner rather than later—even if it is just a stop-gap stipulation.

Under Local Rule 8-3, we can stipulate to extend the time to respond to the initial complaint by not more than 30 days (total) without court approval (which would make the responsive pleading deadline 9/25/2024). Please let me know if you think 9/25 will be long enough to figure out a proposed schedule. If so, we should file a stipulation (to extend my client's response deadline to 9/25) early next week. Otherwise, we should discuss a longer response deadline extension that would have to be approved by the judge.

Best regards,
Colin

Colin Quinlan
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
555 S. Flower Street - Suite 2900
Los Angeles, CA 90071-2407
213.330.8743 (Direct)
203.246.1911 (Cell)
213.443.5100 (Main)
213.443.5101 (Fax)
colin.quinlan@wilsonelser.com

---

**From:** Cornelia Gordon <cgordon@scott-scott.com>
**Sent:** Thursday, August 29, 2024 9:53 AM
**To:** Quinlan, Colin <Colin.Quinlan@wilsonelser.com>; John Jasnoch <jjasnoch@scott-scott.com>
**Cc:** Tom Laughlin <tlaughlin@scott-scott.com>; brian@schallfirm.com; Amanda Lawrence <alawrence@scott-scott.com>
**Subject:** RE: Questions re Responsive Pleading Deadline - White v. Brooge Energy Limited, Case No. 2:24-cv-000959-FLA-DFM (C.D. Cal.)

> **EXTERNAL EMAIL** This email originated from outside the organization.

Colin,

We appreciate you reaching out. We do intend to file an amended complaint and think it makes sense to stipulate to a schedule, but need to discuss the timing further on our end to account for schedules as the summer ends and the school year starts. We'll get back to you shortly.

Best,
Cornelia

**Cornelia Gordon,** Attorney
<image001.png>   619.798.5303
cgordon@scott-scott.com

www.scott-scott.com
600 W. Broadway + Suite 3300
San Diego, CA 92101

NEW YORK+CONNECTICUT+CALIFORNIA+DELAWARE+TEXAS+VIRGINIA+OHIO+NEBRASKA+ARIZONA
AMSTERDAM+BERLIN+LONDON

This e-mail may contain confidential or privileged information. If you believe you have received it in error,
please notify the sender immediately and delete this message without copying or disclosing it.

---

**From:** Quinlan, Colin <Colin.Quinlan@wilsonelser.com>
**Sent:** Wednesday, August 28, 2024 11:54 AM
**To:** Cornelia Gordon <cgordon@scott-scott.com>; John Jasnoch <jjasnoch@scott-scott.com>
**Cc:** Tom Laughlin <tlaughlin@scott-scott.com>; brian@schallfirm.com
**Subject:** Questions re Responsive Pleading Deadline - White v. Brooge Energy Limited, Case No. 2:24-cv-000959-FLA-DFM (C.D. Cal.)

Greetings Counsel,

I just filed my notice of appearance on behalf of Dimitri Elkin in *White v. Brooge Energy Limited, et al.*, 2:24-cv-00959-FLA-DFM (C.D. Cal.). I understand that you were appointed lead counsel to the lead plaintiff in this matter, and that the only proofs of service filed thus far were for my client and the corporate defendant. I further understand that you have granted my client a two-week extension to the responsive pleading deadline.

I have several questions: First, do you intend to file an amended complaint? If so, do you wish to make a joint request to set dates for filing an amended complaint, serving all defendants, and to set a briefing schedule for any motions to dismiss?

Second, if you do not intend to file an amended complaint, will you stipulate to a further extension of the responsive pleading deadline? I was thinking either an open-ended extension to allow you to serve all the defendants so we can have a coordinated schedule for responsive pleadings or motions to dismiss, or at least an extension to 60 days past the original response deadline, which would be 10/25/2024. I am open to other proposals.

Third, if you are not willing to stipulate to a further extension, please let me know your availability for a conference pursuant to Local Rule 7-3. While I intend to move for an extension with or without a stipulation, we should schedule a conference in case that extension is not granted. With the current response deadline, that conference must occur no later than Monday, though I am available this Friday if you prefer to avoid scheduling it for the holiday.

Of course, I am open to meeting and conferring to discuss this matter even if you do stipulate to an extension of the responsive pleading deadline; with a stipulated joint request for an extension, however, that conference can be at your earliest convenience.

Best regards,
Colin

Colin Quinlan
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
555 S. Flower Street - Suite 2900

Los Angeles, CA 90071-2407
213.330.8743 (Direct)
203.246.1911 (Cell)
213.443.5100 (Main)
213.443.5101 (Fax)
colin.quinlan@wilsonelser.com


IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser
Moskowitz Edelman & Dicker LLP provides to you either in the body
of this or any email or in an attachment without first speaking
with the attorney in our office who is handling your transaction.
Further, DO NOT accept emailed wire instructions from anyone else
without voice verification. Even if an email looks like it has come
from this office or someone involved in your transaction,
CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE
to verify the information before wiring any money.
Failure to do so is at your own risk.
Be particularly wary of any request to change wire instructions
you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
received this communication in error, please notify us immediately by
return e-mail and delete the original message and any copies of it
from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman &
Dicker LLP, please see our website at www.wilsonelser.com or refer to
any of our offices.

Thank you.

IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser
Moskowitz Edelman & Dicker LLP provides to you either in the body
of this or any email or in an attachment without first speaking
with the attorney in our office who is handling your transaction.
Further, DO NOT accept emailed wire instructions from anyone else
without voice verification. Even if an email looks like it has come
from this office or someone involved in your transaction,
CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE
to verify the information before wiring any money.
Failure to do so is at your own risk.
Be particularly wary of any request to change wire instructions
you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
received this communication in error, please notify us immediately by