# EXHIBIT 2

## Quinlan, Colin

| | |
|---|---|
| **From:** | Kathryn.Richards@hklaw.com |
| **Sent:** | Friday, September 6, 2024 3:08 PM |
| **To:** | Cornelia Gordon; Quinlan, Colin; stacey.wang@hklaw.com; John Jasnoch; brian@schallfirm.com |
| **Cc:** | Tom Laughlin; Jonathan M. Zimmerman; Nick Bruno; Amanda Lawrence |
| **Subject:** | RE: White v. Brooge Energy Limited, CD Cal. 24-cv-00959-FLA-DFM - Request for extension of time to respond to Complaint |

> **EXTERNAL EMAIL** This email originated from outside the organization.

Thank you Cornelia; we will make these corrections and get the stipulations on file. However, please be aware that we pulled our dates from Dkt No 37 (snip below), which indicates that the service date was 8/12 and the response deadline was 9/3. Given that the summons shows a service date of 8/1, we will include that date in the stipulation, but we wanted to make you aware of the docket. Thanks.

| Free | 37 | 08/26/2024 | PROOF OF SERVICE Executed by Plaintiff Eric White, upon Defendant Brooge Energy Limited served on 8/12/2024, answer due 9/3/2024. Service of the Summons and Complaint were executed upon GREG LAVELLE, MANAGING DIRECTOR in compliance with Federal Rules of Civil Procedure by personal service (Gordon, Cornelia) (Entered: 08/26/2024) |
|---|---|---|---|

**Kathryn Richards** | **Holland & Knight**
Associate
Holland & Knight LLP
400 South Hope Street, 8th Floor | Los Angeles, California 90071
Phone 213.896.2523 | Fax 213.896.2450
kathryn.richards@hklaw.com | www.hklaw.com

---

**From:** Cornelia Gordon <cgordon@scott-scott.com>
**Sent:** Friday, September 6, 2024 2:48 PM
**To:** Quinlan, Colin <Colin.Quinlan@wilsonelser.com>; Wang, Stacey H (LAX - X52480) <stacey.wang@hklaw.com>; John Jasnoch <jjasnoch@scott-scott.com>; brian@schallfirm.com
**Cc:** Tom Laughlin <tlaughlin@scott-scott.com>; Jonathan M. Zimmerman <jzimmerman@scott-scott.com>; Nick Bruno <nbruno@scott-scott.com>; Amanda Lawrence <alawrence@scott-scott.com>; Richards, Kathryn J (LAX - X52523) <Kathryn.Richards@hklaw.com>
**Subject:** RE: White v. Brooge Energy Limited, CD Cal. 24-cv-00959-FLA-DFM - Request for extension of time to respond to Complaint

*[External email]*
Colin, that's correct.

Stacey, you have our consent to file the joint stipulation you circulated. As for the LR 8-3 stipulation for Brooge, it looks acceptable except the dates are wrong. Brooge was served on 8/1, with its response due on 8/22. Thus, the 30-day extension would put its response due on 9/23 (9/21 falls on a Saturday). With that change, you have our permission to file that as well.

Thanks,
Cornelia

---

**From:** Quinlan, Colin <Colin.Quinlan@wilsonelser.com>
**Sent:** Friday, September 6, 2024 12:53 PM
**To:** stacey.wang@hklaw.com; Cornelia Gordon <cgordon@scott-scott.com>; John Jasnoch <jjasnoch@scott-scott.com>; brian@schallfirm.com
**Cc:** Tom Laughlin <tlaughlin@scott-scott.com>; Jonathan M. Zimmerman <jzimmerman@scott-scott.com>; Nick Bruno <nbruno@scott-scott.com>; Amanda Lawrence <alawrence@scott-scott.com>; Kathryn.Richards@hklaw.com
**Subject:** RE: White v. Brooge Energy Limited, CD Cal. 24-cv-00959-FLA-DFM - Request for extension of time to respond to Complaint

Stacey, I concur in the contents of the joint stipulation and authorize its filing.

Cornelia, my understanding is that I now have lead plaintiff's concurrence and authorization to file my proposed Local Rule 8-3 stipulation (indicating a service date of August 4, 2024); please correct me if I am mistaken.

Colin V. Quinlan
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
555 S. Flower Street - Suite 2900
Los Angeles, CA 90071-2407
213.330.8743 (Direct)
203.246.1911 (Cell)
213.443.5100 (Main)
213.443.5101 (Fax)
colin.quinlan@wilsonelser.com

---

**From:** stacey.wang@hklaw.com <stacey.wang@hklaw.com>
**Sent:** Friday, September 6, 2024 12:47 PM
**To:** Cornelia Gordon <cgordon@scott-scott.com>; Quinlan, Colin <Colin.Quinlan@wilsonelser.com>; John Jasnoch <jjasnoch@scott-scott.com>; brian@schallfirm.com
**Cc:** Tom Laughlin <tlaughlin@scott-scott.com>; Jonathan M. Zimmerman <jzimmerman@scott-scott.com>; Nick Bruno <nbruno@scott-scott.com>; Amanda Lawrence <alawrence@scott-scott.com>; Kathryn.Richards@hklaw.com
**Subject:** RE: White v. Brooge Energy Limited, CD Cal. 24-cv-00959-FLA-DFM - Request for extension of time to respond to Complaint

**EXTERNAL EMAIL** This email originated from outside the organization.

Hi Cornelia – This is fine. Attached is a draft LR 8-3 stipulation for Brooge, and your prior stip with your edits accepted (note that I corrected Colin's signature line in this version).

Just to be clear, I was not trying to impose a deadline on plaintiff to file the amended complaint. My initial email simply inquired about whether plaintiff was going to file one, and the drafts that followed was a reaction to plaintiff's proposed response time frame given the concerns raised, which still exist. That being said, given the strong objection, I'm ok with waiting and seeing how things go.

Best,
Stacey

**Stacey Wang | Holland & Knight**
Partner
Holland & Knight LLP
400 South Hope Street, 8th Floor | Los Angeles, California 90071
Phone 213.896.2480 | Fax 213.896.2450
stacey.wang@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** Cornelia Gordon <cgordon@scott-scott.com>
**Sent:** Friday, September 6, 2024 11:12 AM
**To:** Quinlan, Colin <Colin.Quinlan@wilsonelser.com>; Wang, Stacey H (LAX - X52480) <stacey.wang@hklaw.com>; John Jasnoch <jjasnoch@scott-scott.com>; brian@schallfirm.com
**Cc:** Tom Laughlin <tlaughlin@scott-scott.com>; Jonathan M. Zimmerman <jzimmerman@scott-scott.com>; Nick Bruno <nbruno@scott-scott.com>; Amanda Lawrence <alawrence@scott-scott.com>; Richards, Kathryn J (LAX - X52523) <Kathryn.Richards@hklaw.com>
**Subject:** RE: White v. Brooge Energy Limited, CD Cal. 24-cv-00959-FLA-DFM - Request for extension of time to respond to Complaint

*[External email]*
Colin,

If Stacey is likewise amenable to filing the last version of the stipulation I circulated, we're fine with filing LR 8-3 stipulated extensions alongside it.  It probably makes sense to file two (one for your client and one for Brooge); if you two can take the laboring oar in drafting those, I can review them.

Thanks,
Cornelia

**From:** Quinlan, Colin <Colin.Quinlan@wilsonelser.com>
**Sent:** Friday, September 6, 2024 10:43 AM
**To:** Cornelia Gordon <cgordon@scott-scott.com>; stacey.wang@hklaw.com; John Jasnoch <jjasnoch@scott-scott.com>; brian@schallfirm.com
**Cc:** Tom Laughlin <tlaughlin@scott-scott.com>; Jonathan M. Zimmerman <jzimmerman@scott-scott.com>; Nick Bruno <nbruno@scott-scott.com>; Amanda Lawrence <alawrence@scott-scott.com>; Kathryn.Richards@hklaw.com
**Subject:** RE: White v. Brooge Energy Limited, CD Cal. 24-cv-00959-FLA-DFM - Request for extension of time to respond to Complaint

Cornelia,

We can go with the version of the stipulation you circulated; however, I am not confident that the Court will accept your proposed amended pleading deadline, and therefore contingency plans are necessary so that there is a formal extension on the docket of the deadline to respond to the initial complaint, a deadline that you have already agreed should be extended in one manner or another.

I propose that, alongside the stipulated proposal for your filing deadline and the response deadline, we also enter the 30-day extensions pursuant to L.R. 8-3 that both Stacey and I requested as an immediate measure, which will give us all time to work out the other deadlines with the Court.

Colin V. Quinlan
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
555 S. Flower Street - Suite 2900

Los Angeles, CA 90071-2407
213.330.8743 (Direct)
203.246.1911 (Cell)
213.443.5100 (Main)
213.443.5101 (Fax)
colin.quinlan@wilsonelser.com

---

**From:** Cornelia Gordon <cgordon@scott-scott.com>
**Sent:** Friday, September 6, 2024 10:18 AM
**To:** stacey.wang@hklaw.com; Quinlan, Colin <Colin.Quinlan@wilsonelser.com>; John Jasnoch <jjasnoch@scott-scott.com>; brian@schallfirm.com
**Cc:** Tom Laughlin <tlaughlin@scott-scott.com>; Jonathan M. Zimmerman <jzimmerman@scott-scott.com>; Nick Bruno <nbruno@scott-scott.com>; Amanda Lawrence <alawrence@scott-scott.com>; Kathryn.Richards@hklaw.com
**Subject:** RE: White v. Brooge Energy Limited, CD Cal. 24-cv-00959-FLA-DFM - Request for extension of time to respond to Complaint

> **EXTERNAL EMAIL** This email originated from outside the organization.

Counsel:

The approach for which you're advocating – and to which we refuse to stipulate – would require Plaintiff to file an Amended Complaint by a given date, but would allow Defendants to stall indefinitely (all while having full access to the Amended Complaint) if *any* Defendant remained unserved.  Obviously, this is unworkable and unfair.

We are unwilling to "stipulate" to an extension with separate positions that gives an implicit blessing to the objectionable approach outlined above.  If we cannot agree on language for a neutral stipulation along the lines of the last draft I circulated, we do not see the need to enter into a stipulation.  It is Defendants who are technically in default on the timing to answer; indeed, with respect to Brooge, which was served on August 1, the deadline had lapsed and we were on the verge of filing a request for entry of default before Alexander contacted us.

If you are unwilling to agree to neutral language in the stipulation, we can't move forward.  You're welcome to move for an extension and we can respond as we see fit.

Best,
Cornelia

---

**From:** stacey.wang@hklaw.com <stacey.wang@hklaw.com>
**Sent:** Thursday, September 5, 2024 2:51 PM
**To:** Quinlan, Colin <Colin.Quinlan@wilsonelser.com>; Cornelia Gordon <cgordon@scott-scott.com>; John Jasnoch <jjasnoch@scott-scott.com>; brian@schallfirm.com
**Cc:** Tom Laughlin <tlaughlin@scott-scott.com>; Jonathan M. Zimmerman <jzimmerman@scott-scott.com>; Nick Bruno <nbruno@scott-scott.com>; Amanda Lawrence <alawrence@scott-scott.com>; Kathryn.Richards@hklaw.com
**Subject:** RE: White v. Brooge Energy Limited, CD Cal. 24-cv-00959-FLA-DFM - Request for extension of time to respond to Complaint

Thanks Colin. That's fine by me. I'll wait to hear from Cornelia.

**Stacey Wang | Holland & Knight**
Partner
Holland & Knight LLP
400 South Hope Street, 8th Floor | Los Angeles, California 90071

Phone 213.896.2480 | Fax 213.896.2450
stacey.wang@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** Quinlan, Colin <Colin.Quinlan@wilsonelser.com>
**Sent:** Thursday, September 5, 2024 2:29 PM
**To:** Wang, Stacey H (LAX - X52480) <stacey.wang@hklaw.com>; Cornelia Gordon <cgordon@scott-scott.com>; John Jasnoch <jjasnoch@scott-scott.com>; brian@schallfirm.com
**Cc:** Tom Laughlin <tlaughlin@scott-scott.com>; Jonathan M. Zimmerman <jzimmerman@scott-scott.com>; Nick Bruno <nbruno@scott-scott.com>; Amanda Lawrence <alawrence@scott-scott.com>; Richards, Kathryn J (LAX - X52523) <Kathryn.Richards@hklaw.com>
**Subject:** RE: White v. Brooge Energy Limited, CD Cal. 24-cv-00959-FLA-DFM - Request for extension of time to respond to Complaint

*[External email]*

I am on board with Stacey's approach of stating our position separately, though I would suggest a clearer statement of our position would be for the last clause to read: "Defendants' position is that it would be more efficient to set a full briefing schedule after all defendants have appeared or at least been served with the forthcoming amended complaint."

Colin V. Quinlan
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
555 S. Flower Street - Suite 2900
Los Angeles, CA 90071-2407
213.330.8743 (Direct)
203.246.1911 (Cell)
213.443.5100 (Main)
213.443.5101 (Fax)
colin.quinlan@wilsonelser.com

**From:** stacey.wang@hklaw.com <stacey.wang@hklaw.com>
**Sent:** Thursday, September 5, 2024 2:13 PM
**To:** Quinlan, Colin <Colin.Quinlan@wilsonelser.com>; Cornelia Gordon <cgordon@scott-scott.com>; John Jasnoch <jjasnoch@scott-scott.com>; brian@schallfirm.com
**Cc:** Tom Laughlin <tlaughlin@scott-scott.com>; Jonathan M. Zimmerman <jzimmerman@scott-scott.com>; Nick Bruno <nbruno@scott-scott.com>; Amanda Lawrence <alawrence@scott-scott.com>; Kathryn.Richards@hklaw.com
**Subject:** RE: White v. Brooge Energy Limited, CD Cal. 24-cv-00959-FLA-DFM - Request for extension of time to respond to Complaint

**EXTERNAL EMAIL** This email originated from outside the organization.

Counsel,

While I share the eagerness to get a formal extension as soon as possible and generally agree with Colin's email below, I'm concerned about the Judge denying or significantly revising these timelines without the benefit of the additional context, and don't want to be in a situation we are either stuck with the Judge's ordered (likely accelerated) timing or have to go back to the Court to further explain. Judge AR is fairly active in managing his docket (and also a relatively new judge), and he will  want an explanation of the time lapses here.

In that vein, I've endeavored to revise the stipulation to make the deleted statements "Defendants' position" instead of a general statement of the joint stipulation. I'm also open to putting in a statement from you in response, so long as we get to include Defendants' positions, so that the Court has the full context in issuing an order.

Let me know what you think.

Thanks,
Stacey

**Stacey Wang** | **Holland & Knight**
Partner
Holland & Knight LLP
400 South Hope Street, 8th Floor | Los Angeles, California 90071
Phone 213.896.2480 | Fax 213.896.2450
stacey.wang@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** Quinlan, Colin <Colin.Quinlan@wilsonelser.com>
**Sent:** Thursday, September 5, 2024 1:55 PM
**To:** Cornelia Gordon <cgordon@scott-scott.com>; Wang, Stacey H (LAX - X52480) <stacey.wang@hklaw.com>; John Jasnoch <jjasnoch@scott-scott.com>; brian@schallfirm.com
**Cc:** Tom Laughlin <tlaughlin@scott-scott.com>; Jonathan M. Zimmerman <jzimmerman@scott-scott.com>; Nick Bruno <nbruno@scott-scott.com>; Amanda Lawrence <alawrence@scott-scott.com>; Richards, Kathryn J (LAX - X52523) <Kathryn.Richards@hklaw.com>
**Subject:** RE: White v. Brooge Energy Limited, CD Cal. 24-cv-00959-FLA-DFM - Request for extension of time to respond to Complaint

*[External email]*
Stacey, if you are fine with these changes, you can sign for me as well.  I would note, however, that Lead Plaintiff's changes remove any real indication to the Court that there may be reasons for a future request for the response deadline to be altered based on possible delays in serving foreign defendants with the *amended* complaint.  While the defendants who already have been served with the initial complaint and have appeared can be expected to respond to the forthcoming amended complaint in 60 days, this stipulated proposal still poses a very real change of mismatched responses deadlines between defendants served domestically and defendants located abroad.

Since I am eager to protect against the most immediate threat to my client's interest by getting a formal extension of the response deadline on the docket, I consent to the filing of the revised stipulation even with these reservations.  If, however, the Court does not approve an amended filing deadline nearly five months after the lead plaintiff appointment motion was granted, I hope we can move fast to get something else on the docket along the lines of Stacey's initial proposal.

Colin V. Quinlan
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
555 S. Flower Street - Suite 2900
Los Angeles, CA 90071-2407
213.330.8743 (Direct)
203.246.1911 (Cell)
213.443.5100 (Main)
213.443.5101 (Fax)
colin.quinlan@wilsonelser.com

7

**From:** Cornelia Gordon <cgordon@scott-scott.com>
**Sent:** Thursday, September 5, 2024 1:16 PM
**To:** stacey.wang@hklaw.com; Quinlan, Colin <Colin.Quinlan@wilsonelser.com>; John Jasnoch <jjasnoch@scott-scott.com>; brian@schallfirm.com
**Cc:** Tom Laughlin <tlaughlin@scott-scott.com>; Jonathan M. Zimmerman <jzimmerman@scott-scott.com>; Nick Bruno <nbruno@scott-scott.com>; Amanda Lawrence <alawrence@scott-scott.com>; Kathryn.Richards@hklaw.com
**Subject:** RE: White v. Brooge Energy Limited, CD Cal. 24-cv-00959-FLA-DFM - Request for extension of time to respond to Complaint

> **EXTERNAL EMAIL** This email originated from outside the organization.

Some edits in the attached to the joint stipulation.  The proposed order looked fine as-is.  If these are acceptable, you can sign for us.

Thanks,
Cornelia

---

**From:** stacey.wang@hklaw.com <stacey.wang@hklaw.com>
**Sent:** Thursday, September 5, 2024 10:38 AM
**To:** Quinlan, Colin <Colin.Quinlan@wilsonelser.com>; Cornelia Gordon <cgordon@scott-scott.com>; John Jasnoch <jjasnoch@scott-scott.com>; brian@schallfirm.com
**Cc:** Tom Laughlin <tlaughlin@scott-scott.com>; Jonathan M. Zimmerman <jzimmerman@scott-scott.com>; Nick Bruno <nbruno@scott-scott.com>; Amanda Lawrence <alawrence@scott-scott.com>; Kathryn.Richards@hklaw.com
**Subject:** RE: White v. Brooge Energy Limited, CD Cal. 24-cv-00959-FLA-DFM - Request for extension of time to respond to Complaint

Hi Colin – Done. Revised attached.

**Stacey Wang** | **Holland & Knight**
Partner
Holland & Knight LLP
400 South Hope Street, 8th Floor | Los Angeles, California 90071
Phone 213.896.2480 | Fax 213.896.2450
stacey.wang@hklaw.com | www.hklaw.com

Add to address book | View professional biography

---

**From:** Quinlan, Colin <Colin.Quinlan@wilsonelser.com>
**Sent:** Thursday, September 5, 2024 10:34 AM
**To:** Wang, Stacey H (LAX - X52480) <stacey.wang@hklaw.com>; Cornelia Gordon <cgordon@scott-scott.com>; John Jasnoch <jjasnoch@scott-scott.com>; brian@schallfirm.com
**Cc:** Tom Laughlin <tlaughlin@scott-scott.com>; Jonathan M. Zimmerman <jzimmerman@scott-scott.com>; Nick Bruno <nbruno@scott-scott.com>; Amanda Lawrence <alawrence@scott-scott.com>; Richards, Kathryn J (LAX - X52523) <Kathryn.Richards@hklaw.com>
**Subject:** RE: White v. Brooge Energy Limited, CD Cal. 24-cv-00959-FLA-DFM - Request for extension of time to respond to Complaint

*[External email]*
Looks good to me.  Please just add my middle initial ("V.") and you can add my /s/ signature.

Colin V. Quinlan
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
555 S. Flower Street - Suite 2900
Los Angeles, CA 90071-2407
213.330.8743 (Direct)
203.246.1911 (Cell)
213.443.5100 (Main)
213.443.5101 (Fax)
colin.quinlan@wilsonelser.com

---

**From:** stacey.wang@hklaw.com <stacey.wang@hklaw.com>
**Sent:** Thursday, September 5, 2024 10:30 AM
**To:** Quinlan, Colin <Colin.Quinlan@wilsonelser.com>; Cornelia Gordon <cgordon@scott-scott.com>; John Jasnoch <jjasnoch@scott-scott.com>; brian@schallfirm.com
**Cc:** Tom Laughlin <tlaughlin@scott-scott.com>; Jonathan M. Zimmerman <jzimmerman@scott-scott.com>; Nick Bruno <nbruno@scott-scott.com>; Amanda Lawrence <alawrence@scott-scott.com>; Kathryn.Richards@hklaw.com
**Subject:** RE: White v. Brooge Energy Limited, CD Cal. 24-cv-00959-FLA-DFM - Request for extension of time to respond to Complaint

**EXTERNAL EMAIL** This email originated from outside the organization.

Counsel – Following up on the proposed stip, attached here again for your convenience.

Thanks,
Stacey

---

**From:** Wang, Stacey H (LAX - X52480)
**Sent:** Wednesday, September 4, 2024 5:28 PM
**To:** Quinlan, Colin <Colin.Quinlan@wilsonelser.com>; Cornelia Gordon <cgordon@scott-scott.com>; John Jasnoch <jjasnoch@scott-scott.com>; brian@schallfirm.com
**Cc:** Tom Laughlin <tlaughlin@scott-scott.com>; Jonathan M. Zimmerman <jzimmerman@scott-scott.com>; Nick Bruno <nbruno@scott-scott.com>; Amanda Lawrence <alawrence@scott-scott.com>; Richards, Kathryn J (LAX - X52523) <Kathryn.Richards@hklaw.com>
**Subject:** RE: White v. Brooge Energy Limited, CD Cal. 24-cv-00959-FLA-DFM - Request for extension of time to respond to Complaint

Counsel – Attached is a proposed stipulation and order for your consideration.
Note that the proposed order specifically follows the judge's required format.

I've also added my colleague Kathryn Richards to this thread.

Thanks,
Stacey

**Stacey Wang | Holland & Knight**
Partner
Holland & Knight LLP
400 South Hope Street, 8th Floor | Los Angeles, California 90071
Phone 213.896.2480 | Fax 213.896.2450
stacey.wang@hklaw.com | www.hklaw.com

---

Add to address book | View professional biography

**From:** Quinlan, Colin <Colin.Quinlan@wilsonelser.com>
**Sent:** Wednesday, September 4, 2024 3:14 PM
**To:** Cornelia Gordon <cgordon@scott-scott.com>; Wang, Stacey H (LAX - X52480) <stacey.wang@hklaw.com>; John Jasnoch <jjasnoch@scott-scott.com>; brian@schallfirm.com
**Cc:** Tom Laughlin <tlaughlin@scott-scott.com>; Jonathan M. Zimmerman <jzimmerman@scott-scott.com>; Nick Bruno <nbruno@scott-scott.com>; Amanda Lawrence <alawrence@scott-scott.com>
**Subject:** RE: White v. Brooge Energy Limited, CD Cal. 24-cv-00959-FLA-DFM - Request for extension of time to respond to Complaint

*[External email]*
I would be on board with that approach as well.

Colin V. Quinlan
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
555 S. Flower Street - Suite 2900
Los Angeles, CA 90071-2407
213.330.8743 (Direct)
203.246.1911 (Cell)
213.443.5100 (Main)
213.443.5101 (Fax)
colin.quinlan@wilsonelser.com

**From:** Cornelia Gordon <cgordon@scott-scott.com>
**Sent:** Wednesday, September 4, 2024 3:04 PM
**To:** stacey.wang@hklaw.com; Quinlan, Colin <Colin.Quinlan@wilsonelser.com>; John Jasnoch <jjasnoch@scott-scott.com>; brian@schallfirm.com
**Cc:** Tom Laughlin <tlaughlin@scott-scott.com>; Jonathan M. Zimmerman <jzimmerman@scott-scott.com>; Nick Bruno <nbruno@scott-scott.com>; Amanda Lawrence <alawrence@scott-scott.com>
**Subject:** RE: White v. Brooge Energy Limited, CD Cal. 24-cv-00959-FLA-DFM - Request for extension of time to respond to Complaint

> **EXTERNAL EMAIL** This email originated from outside the organization.

Stacey,

If you want to put together a draft stipulation along the lines you propose below, we'll review it.

Best,
Cornelia

**From:** stacey.wang@hklaw.com <stacey.wang@hklaw.com>
**Sent:** Wednesday, September 4, 2024 2:39 PM
**To:** Cornelia Gordon <cgordon@scott-scott.com>; Quinlan, Colin <Colin.Quinlan@wilsonelser.com>; John Jasnoch <jjasnoch@scott-scott.com>; brian@schallfirm.com
**Cc:** Tom Laughlin <tlaughlin@scott-scott.com>; Jonathan M. Zimmerman <jzimmerman@scott-scott.com>; Nick Bruno <nbruno@scott-scott.com>; Amanda Lawrence <alawrence@scott-scott.com>
**Subject:** RE: White v. Brooge Energy Limited, CD Cal. 24-cv-00959-FLA-DFM - Request for extension of time to respond to Complaint

Hi Cornelia,

Thanks for your quick response. I am trying to find the easiest path forward here and I think one key concern is that any agreement we reach on briefing isn't going to bind other parties who are served later. Another concern is that, at least in my experience with our judge, I'm not confident he would agree to such an extended timeline on all these dates.  On these two points, this stipulation seems to be injecting elements unnecessarily that could cause a denial.

How about this: Would you agree to a simpler stipulation proposing just the first two dates below, i.e., for the amended complaint filing and deadline to file responsive pleadings/motions? Though the concerns raised previously about service of the amended complaint as to other parties still apply, we can cross that bridge when we get there.
Once the amended complaint is on file, we can take a look at it, and then as service progresses and more counsel appear, we can discuss further coordination and scheduling on motion briefing, etc.

Also happy to discuss further if you'd like – you can reach me at the number below.

Best,
Stacey


**Stacey Wang** | **Holland & Knight**
Partner
Holland & Knight LLP
400 South Hope Street, 8th Floor | Los Angeles, California 90071
Phone 213.896.2480 | Fax 213.896.2450
stacey.wang@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** Cornelia Gordon <cgordon@scott-scott.com>
**Sent:** Wednesday, September 4, 2024 2:10 PM
**To:** Wang, Stacey H (LAX - X52480) <stacey.wang@hklaw.com>; Quinlan, Colin <Colin.Quinlan@wilsonelser.com>; John Jasnoch <jjasnoch@scott-scott.com>; brian@schallfirm.com
**Cc:** Tom Laughlin <tlaughlin@scott-scott.com>; Jonathan M. Zimmerman <jzimmerman@scott-scott.com>; Nick Bruno <nbruno@scott-scott.com>; Amanda Lawrence <alawrence@scott-scott.com>
**Subject:** RE: White v. Brooge Energy Limited, CD Cal. 24-cv-00959-FLA-DFM - Request for extension of time to respond to Complaint

*[External email]*
Stacey,

We think the proposal you've outlined is unduly complicated, both for the parties and for the court.  We aren't prepared to stipulate to it.  To accommodate your concerns, however, we are willing to stipulate to a slightly longer briefing schedule:

Amended Complaint due: 12/6/24
Motions to Dismiss due: 2/6/25
Oppositions due: 4/7/25
Replies due: 5/9/25

We think this addresses the concern.  Moreover, as Colin pointed out in an earlier email, we can always ask for a modification of the briefing schedule down the road if it becomes necessary to address service concerns.  At present, we think the extended schedule above should be sufficient.

Best,
Cornelia

**From:** stacey.wang@hklaw.com <stacey.wang@hklaw.com>
**Sent:** Wednesday, September 4, 2024 1:35 PM
**To:** Quinlan, Colin <Colin.Quinlan@wilsonelser.com>; Cornelia Gordon <cgordon@scott-scott.com>; John Jasnoch <jjasnoch@scott-scott.com>; brian@schallfirm.com
**Cc:** Tom Laughlin <tlaughlin@scott-scott.com>; Jonathan M. Zimmerman <jzimmerman@scott-scott.com>; Nick Bruno <nbruno@scott-scott.com>; Amanda Lawrence <alawrence@scott-scott.com>
**Subject:** RE: White v. Brooge Energy Limited, CD Cal. 24-cv-00959-FLA-DFM - Request for extension of time to respond to Complaint

Hi Cornelia – Would you please let me know whether the below approach is acceptable?
If we need more time to coordinate this, Brooge would like to get the courtesy 30-day stip to extend on file (no court order needed) so that we have something on the docket. Let us know how you'd like to proceed and we can prepare a draft.

Best,
Stacey

**Stacey Wang** | **Holland & Knight**
Partner
Holland & Knight LLP
400 South Hope Street, 8th Floor | Los Angeles, California 90071
Phone 213.896.2480 | Fax 213.896.2450
stacey.wang@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** Quinlan, Colin <Colin.Quinlan@wilsonelser.com>
**Sent:** Tuesday, September 3, 2024 5:44 PM
**To:** Wang, Stacey H (LAX - X52480) <stacey.wang@hklaw.com>; Cornelia Gordon <cgordon@scott-scott.com>; John Jasnoch <jjasnoch@scott-scott.com>; brian@schallfirm.com
**Cc:** Tom Laughlin <tlaughlin@scott-scott.com>; Jonathan M. Zimmerman <jzimmerman@scott-scott.com>; Nick Bruno <nbruno@scott-scott.com>; Amanda Lawrence <alawrence@scott-scott.com>
**Subject:** RE: White v. Brooge Energy Limited, CD Cal. 24-cv-00959-FLA-DFM - Request for extension of time to respond to Complaint

*[External email]*
I agree with Stacey's suggested approach.

Colin V. Quinlan
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
555 S. Flower Street - Suite 2900
Los Angeles, CA 90071-2407
213.330.8743 (Direct)
203.246.1911 (Cell)
213.443.5100 (Main)
213.443.5101 (Fax)
colin.quinlan@wilsonelser.com

**From:** stacey.wang@hklaw.com <stacey.wang@hklaw.com>
**Sent:** Tuesday, September 3, 2024 1:31 PM

**To:** Quinlan, Colin <Colin.Quinlan@wilsonelser.com>; Cornelia Gordon <cgordon@scott-scott.com>; John Jasnoch <jjasnoch@scott-scott.com>; brian@schallfirm.com
**Cc:** Tom Laughlin <tlaughlin@scott-scott.com>; Jonathan M. Zimmerman <jzimmerman@scott-scott.com>; Nick Bruno <nbruno@scott-scott.com>; Amanda Lawrence <alawrence@scott-scott.com>
**Subject:** RE: White v. Brooge Energy Limited, CD Cal. 24-cv-00959-FLA-DFM - Request for extension of time to respond to Complaint

> **EXTERNAL EMAIL** This email originated from outside the organization.

I agree the timing between the filing of the amended complaint and the filings of the motions to dismiss seems tight, given the service issues Colin raises below.

One way to approach this could be to stipulate to the amended complaint filing by 11/1 (as Cornelia suggested below), and propose in the stipulation a date by which a status report would be submitted to the Court re: (1) progress re service of defendants, and (2) proposed motion briefing schedule if it makes sense to do so in light of progress on service and, if not, our proposed next steps.

Thoughts?

Best,
Stacey

**Stacey Wang | Holland & Knight**
Partner
Holland & Knight LLP
400 South Hope Street, 8th Floor | Los Angeles, California 90071
Phone 213.896.2480 | Fax 213.896.2450
stacey.wang@hklaw.com | www.hklaw.com

Add to address book | View professional biography

---

**From:** Quinlan, Colin <Colin.Quinlan@wilsonelser.com>
**Sent:** Tuesday, September 3, 2024 12:25 PM
**To:** Cornelia Gordon <cgordon@scott-scott.com>; Wang, Stacey H (LAX - X52480) <stacey.wang@hklaw.com>; John Jasnoch <jjasnoch@scott-scott.com>; brian@schallfirm.com
**Cc:** Tom Laughlin <tlaughlin@scott-scott.com>; Jonathan M. Zimmerman <jzimmerman@scott-scott.com>; Nick Bruno <nbruno@scott-scott.com>; Amanda Lawrence <alawrence@scott-scott.com>
**Subject:** RE: White v. Brooge Energy Limited, CD Cal. 24-cv-00959-FLA-DFM - Request for extension of time to respond to Complaint

*[External email]*
I anticipate that a response deadline falling on the Monday after New Years would not work well. If the response deadline is in early January, I would prefer it be no earlier than Friday 1/10/2025.

At the same time, I wonder if the need to perform international service of the amended complaint might cause issues with any schedule we propose now. If we do not know by when all defendants (including any new international defendants named in the amended complaint for the first time) will be served, that might throw a wrench into any briefing schedule we propose now.

Should we instead move the Court to set a deadline for filing the amended complaint, and to extend the response deadline until a date to be set after the amended complaint is served on all defendants named in the amended complaint? Alternately, we can propose a schedule now, but we should keep in mind that we might

need to ask for a modification to keep the briefing deadlines coordinated if international defendants do not waive serve, or if new international defendants are named, and we should flag that issue for the Court ahead of time.

Otherwise, it is quite likely that you will have to deal with motions being made after any deadline we propose now.

Colin V. Quinlan
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
555 S. Flower Street - Suite 2900
Los Angeles, CA 90071-2407
213.330.8743 (Direct)
203.246.1911 (Cell)
213.443.5100 (Main)
213.443.5101 (Fax)
colin.quinlan@wilsonelser.com

---

**From:** Cornelia Gordon <cgordon@scott-scott.com>
**Sent:** Tuesday, September 3, 2024 8:43 AM
**To:** stacey.wang@hklaw.com; John Jasnoch <jjasnoch@scott-scott.com>; brian@schallfirm.com
**Cc:** Tom Laughlin <tlaughlin@scott-scott.com>; Jonathan M. Zimmerman <jzimmerman@scott-scott.com>; Nick Bruno <nbruno@scott-scott.com>; Amanda Lawrence <alawrence@scott-scott.com>; Quinlan, Colin <Colin.Quinlan@wilsonelser.com>
**Subject:** RE: White v. Brooge Energy Limited, CD Cal. 24-cv-00959-FLA-DFM - Request for extension of time to respond to Complaint

**EXTERNAL EMAIL** This email originated from outside the organization.

Stacey,

Looping in Colin Quinlan, who's representing Dimitri Elkins and with whom we've been in contact.

Understanding you both need to get up to speed, and given the number of international defendants to be served, we would suggest the following schedule for the drafting of an amended complaint and briefing of any motions to dismiss:

Amended Complaint due: 11/1/24
Motions to Dismiss due: 1/6/25
Oppositions due: 3/7/25
Replies due: 4/21/25

If you're amenable to this schedule, could you and Colin coordinate on drafting a stipulation?

Best,
Cornelia

**SCOTT + SCOTT**

**Cornelia Gordon,** Attorney
619.798.5303
cgordon@scott-scott.com
www.scott-scott.com
600 W. Broadway + Suite 3300
San Diego, CA 92101

NEW YORK+CONNECTICUT+CALIFORNIA+DELAWARE+TEXAS+VIRGINIA+OHIO+NEBRASKA+ARIZONA
AMSTERDAM+BERLIN+LONDON

This e-mail may contain confidential or privileged information. If you believe you have received it in error, please notify the sender immediately and delete this message without copying or disclosing it.

---

**From:** stacey.wang@hklaw.com <stacey.wang@hklaw.com>
**Sent:** Friday, August 30, 2024 11:57 AM
**To:** John Jasnoch <jjasnoch@scott-scott.com>; brian@schallfirm.com
**Cc:** Tom Laughlin <tlaughlin@scott-scott.com>; Jonathan M. Zimmerman <jzimmerman@scott-scott.com>; Nick Bruno <nbruno@scott-scott.com>; Cornelia Gordon <cgordon@scott-scott.com>; Amanda Lawrence <alawrence@scott-scott.com>
**Subject:** White v. Brooge Energy Limited, CD Cal. 24-cv-00959-FLA-DFM - Request for extension of time to respond to Complaint
**Importance:** High

Dear Counsel,

We have just been engaged by Brooge Energy Ltd.

I left voicemail messages this morning for John Jasnoch and Brian Schall, and I'm including here the email addresses that I see on the docket for your firms.
From the docket, I understand that you have been designated co-lead counsel (Dkt. 32) and the proof of service filed for Brooge indicates a response date of 9/3 (Dkt. 37).
I don't see an amended complaint on file (the only one is the original Complaint, as Docket 1), and the proofs of service were filed after your appointment, so not sure if you intend to amend the complaint following your appointment as lead counsel.

Though I don't have confirmation of service details from my client yet, I'm reaching out to request a 60-day extension of time to respond to the Complaint based upon the POS docket entry.
I'm on my way out now for the long weekend, and I can tell from the Complaint there is a prior SEC action. I'll need some time to get up to speed.

Please let me know your thoughts. Happy to discuss if needed, you can reach me on my direct line below (it will push to my cell).

Thanks in advance for the courtesy.

Thank you,
Stacey

**Stacey Wang | Holland & Knight**
Partner
Holland & Knight LLP
400 South Hope Street, 8th Floor | Los Angeles, California 90071
Phone 213.896.2480 | Fax 213.896.2450
stacey.wang@hklaw.com | www.hklaw.com

Add to address book | View professional biography

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser
Moskowitz Edelman & Dicker LLP provides to you either in the body
of this or any email or in an attachment without first speaking
with the attorney in our office who is handling your transaction.
Further, DO NOT accept emailed wire instructions from anyone else
without voice verification. Even if an email looks like it has come
from this office or someone involved in your transaction,
CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE
to verify the information before wiring any money.
Failure to do so is at your own risk.
Be particularly wary of any request to change wire instructions
you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
received this communication in error, please notify us immediately by
return e-mail and delete the original message and any copies of it
from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman &
Dicker LLP, please see our website at www.wilsonelser.com or refer to
any of our offices.

Thank you.

IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser
Moskowitz Edelman & Dicker LLP provides to you either in the body
of this or any email or in an attachment without first speaking
with the attorney in our office who is handling your transaction.
Further, DO NOT accept emailed wire instructions from anyone else
without voice verification. Even if an email looks like it has come
from this office or someone involved in your transaction,
CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE
to verify the information before wiring any money.
Failure to do so is at your own risk.
Be particularly wary of any request to change wire instructions
you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited