Amanda F. Lawrence (admitted *pro hac vice*)
alawrence@scott-scott.com
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 S. Main St.
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 404-7770
Facsimile: (860) 537-4432

*Attorneys for Lead Plaintiff*
*Bluefin Capital Management, LLC*

[Additional Counsel on Signature Page.]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WHITE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BROOGE ENERGY LIMITED, et al.,<br><br>Defendants. | Case No.: 2:24-cv-00959-AH-DFM<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANTS NEIL RICHARDSON AND STEPHEN N. CANNON PURSUANT TO RULE 41(a)(1)(A)(i)** |

1  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff
2  Bluefin Capital Management, LLC ("Plaintiff") hereby dismisses its claims in the
3  above-captioned action, without prejudice, against Defendants Neil Richardson and
4  Stephen N. Cannon.

5  Rule 41(a)(1)(A)(i) allows a plaintiff to voluntarily "dismiss some or all of the
6  defendants, or some or all of his claims, through a Rule 41(a)(1) notice." *Wilson v.*
7  *City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The Rule gives Plaintiff the
8  "absolute right to voluntarily dismiss his action prior to service by the defendant of an
9  answer or a motion for summary judgment." *Id.*

10  To date, no Defendant in this action has served an answer or motion for summary
11  judgment in response to any complaint. Plaintiff's notice therefore "automatically
12  terminates the action as to the defendants who are the subjects of the notice" – here,
13  Defendants Richardson and Cannon. *See Wilson*, 111 F.3d at 692.

14

15  DATED: April 3, 2025                Respectfully submitted,

16                                     **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

17                                     */s/ Amanda F. Lawrence*
18                                     Amanda F. Lawrence (admitted *pro hac vice*)
                                       156 S. Main St.
19                                     P.O. Box 192
                                       Colchester, CT 06415
20                                     Telephone: (860) 404-7770
                                       Facsimile:  (860) 537-4432
21                                     alawrence@scott-scott.com
22
                                       Anna Hunanyan (CA 330609)
23                                     **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
24                                     The Helmsley Building
                                       230 Park Ave., 24th Fl.
25                                     New York, NY 10169
26                                     Telephone: (212) 223-6444
27
28

Facsimile: (212) 223-6334
ahunanyan@scott-scott.com

Cornelia J. B. Gordon (CA 320207)
John T. Jasnoch (CA 281605)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
cgordon@scott-scott.com
jjasnoch@scott-scott.com

**THE SCHALL LAW FIRM**
Brian J. Schall
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: 310-301-3335
Facsimile: 310-388-0192
brian@schallfirm.com

*Attorneys for Lead Plaintiff Bluefin Capital Management, LLC and Co-Lead Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of this filing via electronic means to all counsel of record.

DATED: April 3, 2025

                                           */s/ Amanda F. Lawrence*
                                           Amanda F. Lawrence (admitted *pro hac vice*)