**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>CORNELIA J. GORDON, (CA 320207)<br>SCOTT+SCOTT ATTORNEYS AT LAW LLP<br>600 W. BROADWAY, SUITE 3300<br>SAN DIEGO, CA 92101<br>　　　　　TELEPHONE NO.: (619) 233-4565　　　FAX NO. *(Optional)*:<br>　　E-MAIL ADDRESS *(Optional)*: CGORDON@SCOTT-SCOTT.COM<br>　　　ATTORNEY FOR *(Name)*: Lead Plaintiff, Bluefin Capital Management, LLC | *FOR COURT USE ONLY* |
|---|---|
| **UNITED STATES DISTRICT COURT - CENTRAL DISTRICT OF CALIFORNIA**<br>　STREET ADDRESS: 350 W 1st Street<br>　MAILING ADDRESS:<br>CITY AND ZIP CODE: Los Angeles, CA<br>　　BRANCH NAME: Western Division | |
| PLAINTIFF/PETITIONER: Eric White, et al.<br>DEFENDANT/RESPONDENT: Brooge Energy Limited, et al | CASE NUMBER:<br>2:24-cv-00959 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [x] summons
   b. [x] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [x] other *(specify documents):* Amended Class Action Complaint, Appendix A, and Appendix B
3. a. Party served *(specify name of party as shown on documents served)*:
      Pricewaterhousecoopers Limited Partnership, Dubai Branch
   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      Santhosh Haba, Person designated to accept service
4. Address where the party was served:
   Building 5, Emaar Square, Dubai, United Arab Emirates
5. I served the party *(check proper box)*
   a. [x] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* April 28, 2025　　(2) at *(time):* 3:33 P.M.
   b. [ ] **by substituted service.** On *(date):*　　　at *(time):*　　　I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*　　　from *(city):*　　　or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |

POS-010

| PLAINTIFF/PETITIONER: Eric White, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Brooge Energy Limited, et al | 2:24-cv-00959 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:    (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section)*:

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify)*: Pricewaterhousecoopers Limited Partnership, Dubai Branch
      under the following Code of Civil Procedure section:
      - ☒ 416.10 (corporation)
      - ☐ 416.20 (defunct corporation)
      - ☐ 416.30 (joint stock company/association)
      - ☐ 416.40 (association or partnership)
      - ☐ 416.50 (public entity)
      - ☐ 415.95 (business organization, form unknown)
      - ☐ 416.60 (minor)
      - ☐ 416.70 (ward or conservatee)
      - ☐ 416.90 (authorized person)
      - ☐ 415.46 (occupant)
      - ☐ other:

7. **Person who served papers**
   a. Name: Mohammed Shah
   b. Address: 27201 Tourney Rd., Suite 223, Valencia, CA 91355
   c. Telephone number: 800-417-7623
   d. **The fee** for service was: $ 1,670.00
   e. I am:
      (1) ☒ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ a registered California process server:
         (i) ☐ owner   ☐ employee   ☐ independent contractor.
         (ii) Registration No.:
         (iii) County:

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date:

SEE ATTACHED EXHIBIT A

(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)      ▶      (SIGNATURE)

POS-010 [Rev. January 1, 2007]      **PROOF OF SERVICE OF SUMMONS**      Page 2 of 2

# EXHIBIT A

Civil Action No. 2:24-cv-00959-FLA-DFM
White v. Brooge Eneregy, et al.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P.4(l))*

This Summons in a Civil Case, Amended Class Action Complaint, Civil Cover Sheet, Appendix A and B, for **Pricewaterhousecoopers Limited Partnership, Dubai Branch ("Defendant")** was received by me on (date); April 23, 2025.

[ ] I personally served the summons, and documents listed above, on the individual; or

[ ] I left the summons at the individual's usual place of abode _____;

[ ] I served the summons on (name of individual) _____; or

[ X ] I served the summons on (name of individual): Santhosh Haba (Person designated to accept service on behalf of the named Defendant) on (date) April 28, 2025; or

[ ] Other (specify):

My fees are $400.00 for travel and $1,270.00 for services, for a total of $1,670.00.

I declare under penalty of perjury of the laws of the United States of America that this information is true.

Date:   April 30, 2025                    _____
                                           Server's signature

                                           Mohammed Shah_____
                                           Process Service Network
                                           27201 Tourney Rd., Suite 223
                                           Valencia, CA 91355
                                           800-417-7623

Additional information:

Service was completed on April 28, 2025, at 3:33 p.m. at Building 5, Emaar Square, Dubai, United Arab Emirates, by serving Santhosh Haba who identified himself as the person designated to accept service on behalf of the Defendant.