Colin V. Quinlan (SBN 332225)
Email: colin.quinlan@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone:   (213) 443-5100
Facsimile:   (213) 443-5101

Attorneys for Defendant Dimitri Elkin

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eric WHITE,<br><br>                Plaintiff,<br><br>   vs.<br><br>BROOGE ENERGY LIMITED, et al.,<br><br>               Defendants. | Case No. 2:24-cv-00959-AH-DFM<br><br>**[PROPOSED] ORDER GRANTING ALTERNATIVE RELIEF FROM MARCH ORDER**<br><br>[Filed contemporaneously with Objection]<br><br>Hon. Anne Hwang |

1

316950858v.1

## [PROPOSED] ORDER

Lead Plaintiff Bluefin Capital Management, LLC ("Bluefin") filed a document on behalf of itself and several Defendants, Dkt. No. 109, seeking leave to file a second amended complaint. Defendant Dimitri Elkin filed an Objection. The Court construes Bluefin's filing as an Ex Parte Application seeking relief from the Court's March 26, 2025 Order, Dkt. No. 72 at 5.

The Court, having reviewed the Application, as well as the Objection, hereby GRANTS the Application in part and ORDERS as follows:

1. Bluefin shall have until August 1, 2025, to effect service of the First Amended Complaint ("FAC") on any remaining unserved Defendant in this action.

2. Bluefin shall file a Motion for Leave to File a Second Amended Complaint by September 5, 2025, to be noticed for a hearing date no later than October 8, 2025.

3. The hearing on the pending Motions to Dismiss the FAC, Dkt. Nos. 49, 52, currently set for September 3, 2025, Dkt. No. 73, is vacated pending resolution of Bluefin's forthcoming Motion.

4. All Defendants' deadlines to respond to the FAC are vacated pending resolution of Bluefin's forthcoming Motion.

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable Anne Hwang
United States District Judge

2

[PROPOSED] ORDER GRANTING ALTERNATIVE RELIEF FROM MARCH ORDER

316950858v.1