UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | **CV 24-0959-AH(DFMx)** | Date | OCTOBER 8, 2025 |
|---|---|---|---|

| Title | Eric White v. Brooge Energy Limited et al |
|---|---|

Present: The Honorable     ANNE HWANG, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**     **IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that pursuant to the Judge's directive, the pending motions to
dismiss, Dkt. Nos. [49], [52], were based on a complaint that is no longer
operative. Accordingly, the motions are DENIED as MOOT. *See Ramirez v. Cnty. of San
Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).

IT IS SO ORDERED.

cc: all parties

---

CV-90                              **CIVIL MINUTES - GENERAL**                Initials of Deputy Clerk <u>ys</u>