UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | 2:24-cv-00959-AH-(DFMx) | Date | October 17, 2025 |
|---|---|---|---|

Title   *Eric White v. Brooge Energy Limited et al.*

Present: The Honorable   Anne Hwang, United States District Judge

| Yolanda Skipper | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

        Plaintiff is ordered to show cause in writing, no later than **fourteen (14) days** from the date of this entry, why this action should not be dismissed for lack of prosecution as to Defendants **Nicolaas L. Paardenkooper and Lina Saheb**.  As an alternative to a written response by Plaintiff(s), the Court will consider the filing of one of the following as an appropriate response to this Order to Show Cause, on or before the above date, as evidence that the matter is being prosecuted diligently:

- Response to the Second Amended Complaint by **Nicolaas L. Paardenkooper and Lina Saheb**; or,
- an application for entry of default against **Nicolaas L. Paardenkooper and Lina Saheb** pursuant to Federal Rule of Civil Procedure 55(a).

        No oral argument on this matter will be heard unless otherwise ordered by the Court.  Fed. R. Civ. P. 78(b); L.R. 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the

Order to Show Cause will result in the **dismissal of Nicolaas L. Paardenkooper and Lina Saheb** from this action.

**IT IS SO ORDERED.**