Amanda F. Lawrence (admitted *pro hac vice*)
alawrence@scott-scott.com
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 S. Main St.
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 404-7770
Facsimile:  (860) 537-4432

*Attorneys for Lead Plaintiff*
*Bluefin Capital Management, LLC*

[Additional Counsel on Signature Page.]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WHITE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BROOGE ENERGY LIMITED, et al.,<br><br>Defendants. | Case No.: 2:24-cv-00959-AH-DFM<br><br>**APPLICATION FOR ENTRY OF DEFAULT AGAINST NICOLAAS L. PAARDENKOOPER AND LINA SAHEB FOR NONRESPONSE TO SECOND AMENDED COMPLAINT** |

To the Clerk of the United States District Court for the Central District of California:

Plaintiff Bluefin Capital Management, LLC ("Plaintiff") hereby respectfully applies to this Court, pursuant to Federal Rule of Civil Procedure 55, for the Entry of Default against Defendants Nicolaas L. Paardenkooper ("Paardenkooper") and Lina Saheb ("Saheb" and, collectively with Paardenkooper, the "Nonresponsive Defendants") for failure to respond to the Second Amended Complaint ("SAC") within the time prescribed by the Federal Rules of Civil Procedure and the Local Rules of this Court, and requests that the Clerk enter the default of the Nonresponsive Defendants for failure to respond to the SAC in a timely manner.

The Nonresponsive Defendants were served on July 12, 2025 (Paardenkooper) and July 13, 2025 (Saheb) with a true and correct copy of the SAC. The Certificates of Service, which were filed with this Court on July 17, 2025 (ECF No. 107; Paardenkooper) and July 31, 2025 (ECF No. 112; Saheb), serve as proof of proper service under Federal Rule of Civil Procedure 4(f)(2). *See* Exhibits 1 and 2, respectively.[1] The deadline for the Nonresponsive Defendants to appear or otherwise respond to the SAC expired on August 4, 2025 under Federal Rule of Civil Procedure 12(a)(1)(A(i). The Nonresponsive Defendants failed to plead or otherwise respond to the SAC by the deadline.

This request is based on the Declaration of Cornelia J. B. Gordon in Support of Application for Entry of Default filed concurrently herewith.

Based on the foregoing, Plaintiff respectfully requests that the Clerk of the Court enter default against the Nonresponsive Defendants.

---

[1] "Exhibits" refers to exhibits to the Declaration of Cornelia J. B. Gordon filed concurrently with this Application.

1

APPLICATION FOR ENTRY OF DEFAULT AGAINST NICOLAAS L. PAARDENKOOPER AND LINA SAHEB
FOR NONRESPONSE TO SECOND AMENDED COMPLAINT
CASE NO. 2:24-cv-00959-AH-DFM

DATED: October 31, 2025

Respectfully submitted,

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

*s*/ Amanda F. Lawrence
Amanda F. Lawrence (admitted *pro hac vice*)
156 S. Main St.
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 404-7770
Facsimile: (860) 537-4432
alawrence@scott-scott.com

Anna Hunanyan (CA 330609)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Ave., 24th Fl.
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
ahunanyan@scott-scott.com

John T. Jasnoch (CA 281605)
Cornelia J. B. Gordon (CA 320207)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
jjasnoch@scott-scott.com
cgordon@scott-scott.com

**THE SCHALL LAW FIRM**
Brian J. Schall
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: 310-301-3335
Facsimile: 310-388-0192
brian@schallfirm.com

*Attorneys for Lead Plaintiff Bluefin Capital Management, LLC and Co-Lead Counsel*

2

APPLICATION FOR ENTRY OF DEFAULT AGAINST NICOLAAS L. PAARDENKOOPER AND LINA SAHEB
FOR NONRESPONSE TO SECOND AMENDED COMPLAINT
CASE NO. 2:24-cv-00959-AH-DFM

## **CERTIFICATE OF COMPLIANCE**

The undersigned counsel of record for Lead Plaintiff Bluefin Capital Management, LLC, certifies that this Application for Entry of Default for Nonresponse to Second Amended Complaint is one page in length and complies with the 25-page limit of this Court's Standing Order, ¶ F(3), dated December 17, 2024, docketed in this action as ECF No. 48.

DATED: October 31, 2025

        *s*/ Amanda F. Lawrence
        Amanda F. Lawrence

3

APPLICATION FOR ENTRY OF DEFAULT AGAINST NICOLAAS L. PAARDENKOOPER AND LINA SAHEB
FOR NONRESPONSE TO SECOND AMENDED COMPLAINT
CASE NO. 2:24-cv-00959-AH-DFM

**CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of this filing via electronic means to all counsel of record.

DATED: October 31, 2025

                               *s*/ Amanda F. Lawrence
                               Amanda F. Lawrence

4

APPLICATION FOR ENTRY OF DEFAULT AGAINST NICOLAAS L. PAARDENKOOPER AND LINA SAHEB FOR NONRESPONSE TO SECOND AMENDED COMPLAINT
CASE NO. 2:24-cv-00959-AH-DFM