Amanda F. Lawrence (admitted *pro hac vice*)
alawrence@scott-scott.com
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 S. Main St.
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 404-7770
Facsimile:  (860) 537-4432

*Attorneys for Lead Plaintiff*
*Bluefin Capital Management, LLC*

[Additional Counsel on Signature Page.]

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WHITE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> BROOGE ENERGY LIMITED, et al., <br><br> Defendants. | Case No.: 2:24-cv-00959-AH-DFM <br><br> **DECLARATION OF CORNELIA J.B. GORDON IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT AGAINST NICOLAAS L. PAARDENKOOPER AND LINA SAHEB FOR NONRESPONSE TO SECOND AMENDED COMPLAINT** |

DECLARATION OF CORNELIA J.B. GORDON IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT
AGAINST NICOLAAS L. PAARDENKOOPER AND LINA SAHEB FOR NONRESPONSE TO
SECOND AMENDED COMPLAINT
CASE NO. 2:24-cv-00959-AH-DFM

I, Cornelia J.B. Gordon, hereby declare as follows:

1. I am an attorney at the law firm Scott+Scott Attorneys at Law LLP ("Scott+Scott"), which is counsel to Plaintiff Bluefin Capital Management, LLC ("Plaintiff") in the above-captioned action.

2. I submit this Declaration in Support of Plaintiff's Application for Entry of Default Against Defendants Nicolaas L. Paardenkooper ("Paardenkooper") and Lina Saheb ("Saheb" and, collectively with Paardenkooper, the "Nonresponsive Defendants"). I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify competently to those facts.

3. In connection with this matter, Scott+Scott retained a third-party investigative group (the "Group") to identify addresses for the Nonresponsive Defendants. The information provided below in paragraphs 4 to 6 was provided directly to me by the Group.

4. The Group was able to access records at the Dubai Land Department ("DLD"), which is the authority for real estate in Dubai. All rental contracts in Dubai are administered by the DLD's regulatory arm, the Real Estate Regulatory Agency ("RERA"), on an annual basis.

5. With respect to Paardenkooper, the Group's inquiries confirmed that Paardenkooper had a contract to rent Apartment 1403 in Marina Apartments 6, Palm Jumeirah, Dubai, United Arab Emirates from July 25, 2024 until July 25, 2025.

6. With respect to Saheb, the Group was able to access Dubai property records to identify a residential address that Saheb owns: Villa 75, Sidra 2, Dubai Hills Estate, Hadaeq Sheikh Mohammed bin Rashid, Dubai, United Arab Emirates. The Group then verified this information through publicly available records at the DLD, which confirmed Saheb as the owner and apparent resident of the property. The Group was also able to confirm the property was not rented out, which further

1

indicated Saheb resides at the property. The Group's searches did not identify any other residential addresses linked to Saheb.

7.    Defendant Paardenkooper was served at the home address identified above pursuant to Rule 4(f)(2) of the Federal Rules of Civil Procedure on July 12, 2025, as evidenced by the proof of service on file with this Court. ECF No. 107. Service was effected by a means authorized and reasonably calculated to give notice, by substituted service on a co-tenant and by the mailing of a copy of the service documents to Paardenkooper on July 14, 2025.

8.    Defendant Saheb was served at the home address identified above pursuant to Rule 4(f)(2) of the Federal Rules of Civil Procedure on July 13, 2025, as evidenced by the proof of service on file with this Court. ECF No. 112. Service was effected by a means authorized and reasonably calculated to give notice, by substituted service and by the mailing of the service documents to Saheb on July 13, 2025.

9.    The Nonresponsive Defendants were required to plead or otherwise respond to the Second Amended Complaint (the "SAC) by August 4, 2025 under Fed. R. Civ. P. 12(a)(1)(A)(i). The time to plead or otherwise respond to the SAC has not been extended by any agreement of the parties or any order of the Court.

10.    Defendants have failed to serve or file a pleading or otherwise respond to the SAC. The applicable time limit for responding to the SAC has expired.

11.    I have attached to this declaration a true and correct copy of the proofs of service on file with this Court for Defendant Paardenkooper (Exhibit 1) and Defendant Saheb (Exhibit 2).

12.    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this October 31, 2025 in San Diego, California.

2

DECLARATION OF CORNELIA J.B. GORDON IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT AGAINST NICOLAAS L. PAARDENKOOPER AND LINA SAHEB FOR NONRESPONSE TO SECOND AMENDED COMPLAINT
CASE NO. 2:24-cv-00959-AH-DFM

DATED:  October 31, 2025

s/  Cornelia J.B. Gordon
Cornelia J.B. Gordon

3