# EXHIBIT 1

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| CORNELIA J. B. GORDON (CA 320207)<br>SCOTT+SCOTT ATTORNEYS AT LAW LLP<br>600 W. BROADWAY, SUITE 3300<br>SAN DIEGO, CA 92101<br><br>TELEPHONE NO.: (619) 233-4565          FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):* CGORDON@SCOTT-SCOTT.COM<br>ATTORNEY FOR *(Name):* Lead Plaintiff, Bluefin Capital Management, LLC | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF  CENTRAL DISTRICT OF CALIFORNIA |
|---|
| STREET ADDRESS: 350 W 1st Street |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: Los Angeles, CA 90012 |
| BRANCH NAME: Western Division |

| PLAINTIFF/PETITIONER: Eric White, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Brooge Energy Limited, et al. | 2:24-cv-00959 |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |
|---|---|

*(Separate proof of service is required for each party served.)*

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of:

    a.  ☒  summons

    b.  ☒  complaint

    c.  ☐  Alternative Dispute Resolution (ADR) package

    d.  ☐  Civil Case Cover Sheet *(served in complex cases only)*

    e.  ☐  cross-complaint

    f.  ☒  other *(specify documents):* Amended Class Action Complaint, Appendix A, and Appendix B

3.  a.  Party served *(specify name of party as shown on documents served):*
        Nicolaas Lammert Paardenkooper

    b.  ☐  Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person
            under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4.  Address where the party was served:
    Apartment 1403, Marina Residences 6, Palm Jumeirah, Dubai, U.A.E.

5.  I served the party *(check proper box)*

    a.  ☐  **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to
            receive service of process for the party   (1) on *(date):*                           (2)  at *(time):*

    b.  ☒  **by substituted service.** On *(date):* Jul 12, 2025          at *(time):* 3:14 PM   I left the documents listed in item 2 with or
            in the presence of *(name and title or relationship to person indicated in item 3):*
            Marry Ann Boswich (Co-Tenant)

        (1) ☐  **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business
                of the person to be served. I informed him or her of the general nature of the papers.

        (2) ☒  **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual
                place of abode of the party. I informed him or her of the general nature of the papers.

        (3) ☐  **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing
                address of the person to be served, other than a United States Postal Service post office box. I informed
                him or her of the general nature of the papers.

        (4) ☒  I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served
                at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on
                *(date):* Jul 14, 2025          from *(city):* Valencia          **or** ☐ a declaration of mailing is attached.

        (5) ☐  I attach a **declaration of diligence** stating actions taken first to attempt personal service.

**Page 1 of 2**

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |
|---|---|---|

**POS-010**

| | |
|---|---|
| PLAINTIFF/PETITIONER:  Eric White, et al.<br>DEFENDANT/RESPONDENT:  Brooge Energy Limited, et al. | CASE NUMBER:<br>2:24-cv-00959 |

5.  c.  ☐  **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1)  on *(date):*                   (2)  from *(city):*

    (3)  ☐  with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt*.)* (Code Civ. Proc., § 415.30.)

    (4)  ☐  to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d.  ☐  **by other means** *(specify means of service and authorizing code section):*

    ☐  Additional page describing service is attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:

  a.  ☒  as an individual defendant.

  b.  ☐  as the person sued under the fictitious name of  *(specify):*

  c.  ☐  as occupant.

  d.  ☐  On behalf of *(specify):*

    under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐  416.10 (corporation) | ☐  415.95 (business organization, form unknown) |
| ☐  416.20 (defunct corporation) | ☐  416.60 (minor) |
| ☐  416.30 (joint stock company/association) | ☐  416.70 (ward or conservatee) |
| ☐  416.40 (association or partnership) | ☐  416.90 (authorized person) |
| ☐  416.50 (public entity) | ☐  415.46 (occupant) |
| | ☐  other: |

7.  **Person who served papers**

  a.  Name: Luwam Yousief

  b.  Address: 27201 Tourney Road, Suite 223, Valencia, CA 91355

  c.  Telephone number: 800-417-7623

  d.  **The fee** for service was: $ 1,595.00

  e.  I am:

    (1)  ☒  not a registered California process server.

    (2)  ☐  exempt from registration under Business and Professions Code section 22350(b).

    (3)  ☐  a registered California process server:

      (i)  ☐  owner   ☐  employee   ☐  independent contractor.

      (ii)  Registration No.:

      (iii)  County:

8.  ☒  **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    **or**

9.  ☐  **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date:

SEE ATTACHED EXHIBIT A         ▶

_____        _____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)               (SIGNATURE)

| | | |
|---|---|---|
| POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | **Page 2 of 2** |

# EXHIBIT A

Civil Action No. 2:24-cv-00959-CAS (DFMx)
White v. Brooge Energy Ltd, et al..

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P.4(1))*

This Summons in a Civil Action, Civil Minutes-General, Standing Order for Civil Cases Assigned to Judge Anne Hwang, Amended Class Action Complaint for Violations of the Federal Securities Laws, Appendix A: False and/or Misleading Statement, Appendix B: Chart of Entities and Individuals, Class Action Complaint for Violations of the Federal Securities Laws, and Civil Cover Sheet  for **Nicolaas Lammert Paardenkooper** was received by me on (date); <u>July 10, 2025.</u>

[ X ] I served the documents listed above, as follows:

[ X] I left the summons at the individual's usual place of abode at Apartment 1403, Marina Residences 6, Palm Jumeirah, Dubai, U.A.E. by leaving with Marry Ann Boswich (Co-tenant) on July 12, 2025, at 3:14 p.m.

[    ] I served the summons on (name of individual) _____ ; or

[    ] I served the summons on (name of individual) _____on (date) _____; or

[    ] Mail (specify):

My fees are <u>$0</u>  for travel and <u>$1,595.00</u>  for services, for a total of <u>$1,595.00</u>.
.

I declare under penalty of perjury of the laws of the United States of America that this information is true.

Date:    July /4 , 2025                          _____
                                                              Server's signature

Luwam Yousief
Process Service Network LLC
27201 Tourney Road, Suite 223
Valencia, CA 91355
800-417-7623

Additional information:
Service was made by substituted service on Marry Ann Boswich (Co-tenant) on July 12, 2025, at 3:14 p.m. at Apartment 1403, Marina Residences 6, Palm Jumeirah, Dubai, U.A.E. Personal service was not possible because the defendant was not home.  I also mailed a copy of the same service documents to the defendant on July 14, 2025, as required by U.A.E. law.