# EXHIBIT 2

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| CORNELIA J. B. GORDON (CA 320207)<br>SCOTT+SCOTT ATTORNEYS AT LAW LLP<br>600 W. BROADWAY, SUITE 3300<br>SAN DIEGO, CA 92101<br><br>TELEPHONE NO.: (619) 233-4565          FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):* CGORDON@SCOTT-SCOTT.COM<br>ATTORNEY FOR *(Name):* Lead Plaintiff, Bluefin Capital Management, LLC | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF  CENTRAL DISTRICT OF CALIFORNIA**
STREET ADDRESS: 350 W 1st Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Western Division

| | |
|---|---|
| PLAINTIFF/PETITIONER: Eric White, et al.<br>DEFENDANT/RESPONDENT: Brooge Energy Limited, et al. | CASE NUMBER:<br>2:24-cv-00959 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of:

    a.  [x] summons

    b.  [x] complaint

    c.  [ ] Alternative Dispute Resolution (ADR) package

    d.  [ ] Civil Case Cover Sheet *(served in complex cases only)*

    e.  [ ] cross-complaint

    f.  [x] other *(specify documents):* Amended Class Action Complaint; Appendix A; Appendix B

3.  a.  Party served *(specify name of party as shown on documents served):*
        Lina Saheb

    b.  [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4.  Address where the party was served:
    Villa 75, Sidra 2, Dubai Hills Estate, Hadaeq Sheik Mohammed bin Rashid, Dubai, United Arab Emirates

5.  I served the party *(check proper box)*

    a.  [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party   (1) on *(date):*                          (2) at *(time):*

    b.  [x] **by substituted service.** On *(date):* Jul 13, 2025          at *(time):* 2:34 pm   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

        (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

        (2) [x] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

        (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

        (4) [x] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):* 07/13/2025          from *(city):* Valencia          **or** [ ] a declaration of mailing is attached.

        (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

**Page 1 of 2**

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |
|---|---|---|

POS-010

| PLAINTIFF/PETITIONER: Eric White, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Brooge Energy Limited, et al. | 2:24-cv-00959 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):*  (2) from *(city):*

(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt*.)* (Code Civ. Proc., § 415.30.)

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☒ as an individual defendant.

b. ☐ as the person sued under the fictitious name of *(specify):*

c. ☐ as occupant.

d. ☐ On behalf of *(specify):*

under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**

a. Name: Luwam Yousief

b. Address: 27201 Tourney Road, Suite 223, Valencia, CA 91355

c. Telephone number: 800-417-7623

d. **The fee** for service was: $ 1,595.00

e. I am:

(1) ☒ not a registered California process server.

(2) ☐ exempt from registration under Business and Professions Code section 22350(b).

(3) ☐ a registered California process server:

(i) ☐ owner ☐ employee ☐ independent contractor.

(ii) Registration No.:

(iii) County:

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**or**

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date:

SEE ATTACHED EXHIBIT A

_____  ►  _____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)  (SIGNATURE)

POS-010 [Rev. January 1, 2007]  **PROOF OF SERVICE OF SUMMONS**  **Page 2 of 2**

# EXHIBIT A

Civil Action No. 2:24-cv-00959-CAS (DFMx)
White v. Brooge Energy Limited, et al.

# DECLARATION OF NON-SERVICE

This Summons in a Civil Case, and Class Action Complaint for Violations of the Federal Securities Laws, Civil Minutes-General, Standing Order for Civil Cases Assigned to Judge Anne Hwang, Amended Class Action Complaint for Violations of the Federal Securities Laws, Civil Cover Sheet, Appendix A: False and/or Misleading Statements, and Appendix B: Chart of Entities and Individuals  for **Lina Saheb** was received by me on (date); July 11, 2025.

[   ] I personally served the summons, and documents listed above, on the individual;  or

[ X ] I left the summons at the individual's usual place of abode at Villa 75, Sidra 2, Dubai Hills Estate, Hadaeq Sheikh Mohammed bin Rashid, Dubai, United Arab Emirates, by serving Marisa Bato, co-tenant who is authorized to accept service on July 13, 2025, at 2:34 p.m.;

[   ] I served the summons on (name of individual) _____; or

[   ] I served the summons on (name of individual); or

[ X] Other (specify): See "Additional information" below

My fees are $0  for travel and $\_\_1,595.00\_\_\_   for services, for a total of $ 1,595.00 .

I declare under penalty of perjury of the laws of the United States of America that this information is true.

Date:    July 29 , 2025          _____
                                                     Server's signature

                                                     Luwam Yousief_____
                                                     Printed name

                                                     Process Service Network LLC
                                                     27201 Tourney Road, Suite 223
                                                     Valencia, CA 91355
                                                     800-417-7623

Additional information:
In addition to substitute service by hand delivery to Marisa Bato, I also mailed a copy of the same documents to the Defendant, Lina Saheb, by first-class mail on July 13, 2025, as required by U.A.E. law.