Amanda F. Lawrence (admitted *pro hac vice*)
alawrence@scott-scott.com
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 S. Main St.
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 404-7770
Facsimile: (860) 537-4432

*Attorneys for Lead Plaintiff*
*Bluefin Capital Management, LLC*

[Additional Counsel on Signature Page.]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WHITE, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>    v.<br><br>BROOGE ENERGY LIMITED, et al.,<br><br>              Defendants. | Case No.: 2:24-cv-00959-AH-DFM<br><br>**DECLARATION OF CORNELIA J.B. GORDON IN SUPPORT OF PLAINTIFF'S REPLY TO THE BROOGE DEFENDANTS' RESPONSE TO PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT** |

DECLARATION OF CORNELIA J.B. GORDON IN SUPPORT OF PLAINTIFF'S REPLY TO THE BROOGE
DEFENDANTS' RESPONSE TO PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT
CASE NO. 2:24-cv-00959-AH-DFM

I, Cornelia J.B. Gordon, hereby declare as follows:

1.    I am an attorney at the law firm Scott+Scott Attorneys at Law LLP ("Scott+Scott"), which is counsel to Plaintiff Bluefin Capital Management, LLC ("Plaintiff") in the above-captioned action.

2.    I submit this Declaration in Support of Plaintiff's Reply to the Brooge Defendants' Response to Plaintiff's Application for Entry of Default Against Defendants Nicolaas L. Paardenkooper and Lina Saheb. I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify competently to those facts.

3.    I received and reviewed the invoice from Berkeley Research Group ("BRG"), the third-party investigative group hired by counsel to locate addresses for Defendants Nicolaas L. Paardenkooper ("Paardenkooper"), Lina Saheb ("Saheb"), and Paul Ditchburn ("Ditchburn"). BRG's services to locate these individuals amounted to more than $10,000 USD.

4.    After BRG provided addresses for Paardenkooper, Saheb, and Ditchburn, we retained Process Service Network, LLC ("PSN")—the same service group we retained to serve Defendant PricewaterhouseCoopers Limited Partnership, Dubai Branch—to serve these three individuals.

5.    The reference to service of the Second Amended Complaint on Paardenkooper and Saheb in my prior declaration, ECF No. 129-1, was an inadvertent error. Paardenkooper, Saheb, and Ditchburn were all served with copies of the First Amended Complaint.

6.    In preparing this Declaration, I reviewed my emails with the Scott+Scott paralegal who managed the filing of the proofs of service on Paardenkooper and Saheb. I can confirm that the paralegal (who is no longer with the firm) informed me by email in May that she was instructed by the court clerk to use the California state court form for filing proofs of service.

1

7.     I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this November 20, 2025 in San Diego, California.

DATED:  November 20, 2025

s/  Cornelia J.B. Gordon
Cornelia J.B. Gordon

2