**MILBANK LLP**
Jed M. Schwartz, *pro hac vice*
JSchwartz@milbank.com
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
*Attorneys for Defendant Ernst & Young*

**AKIN GUMP STRAUSS HAUER & FELD**
Joshua A. Rubin (SBN 308421)
RubinJ@akingump.com
1999 Avenue of the Stars, Suite 600
Los Angeles, CA 90067-6022
Telephone: (310) 229-1000
Facsimile: (310) 229-1001
*Attorneys for Defendant PricewaterhouseCoopers*
*Limited Partnership, Dubai Branch*

*Additional counsel listed on signature page

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WHITE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BROOGE ENERGY LIMITED F/K/A BROOGE HOLDINGS LIMITED F/K/A TWELVE SEAS INVESTMENT COMPANY, NICOLAAS L. PAARDENKOOPER, SALEH YAMMOUT, SYED MASOOD ALI, LINA SAHEB, DIMITRI ELKIN, NEIL RICHARDSON, STEPHEN N. CANNON, PAUL DITCHBURN, ERNST & YOUNG, and PRICEWATERHOUSECOOPERS LIMITED PARTNERSHIP, DUBAI BRANCH,<br><br>Defendants. | Case No. 2:24-cv-00959-AH<br><br>Honorable Anne Hwang<br>UNITED STATES DISTRICT JUDGE<br><br>**DEFENDANTS ERNST & YOUNG AND PRICEWATERHOUSECOOPERS LIMITED PARTNERSHIP, DUBAI BRANCH'S JOINDER OF CERTAIN ARGUMENTS RAISED IN OTHER DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION TO DISMISS** |

DEFENDANTS ERNST & YOUNG AND PWC'S JOINDER OF CERTAIN ARGUMENTS

## DEFENDANTS ERNST & YOUNG AND PRICEWATERHOUSECOOPERS LIMITED PARTNERSHIP, DUBAI BRANCH'S JOINDER OF CERTAIN ARGUMENTS

Defendant Ernst & Young ("EY")[1] and PricewaterhouseCoopers Limited Partnership, Dubai Branch ("PwC"), by and through their attorneys, respectfully submit this Joinder of certain arguments made in the Memorandum of Points and Authorities filed by Defendants Brooge Energy Limited, Saleh Yammout, Masood Ali Syed, and Paul Ditchburn (the "Brooge Defendants") in support of their motion to dismiss lead plaintiff Bluefin Capital Management, LLC's SAC. Dkt. No. 135-1. Specifically, EY and PwC join in and adopt the arguments set forth in Sections II and III of the Brooge Defendants' Memorandum of Points and Authorities. *Id.* at 18-25.

Dated:  December 2, 2025

Respectfully Submitted,

**MILBANK LLP**

By: */s/ Jed M. Schwartz*
Jed M. Schwartz, *pro hac vice*
JSchwartz@milbank.com
George S. Canellos, *pro hac vice*
GCanellos@milbank.com
Tawfiq S. Rangwala, *pro hac vice*
TRangwala@milbank.com
John J. Hughes, III, *pro hac vice*
JHughes2@milbank.com
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

Samir L. Vora (SBN 136644)
SVora@milbank.com
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067

---

[1] The only Ernst & Young entity that performed audits of Brooge was the Bahrain-based entity with PCAOB Registration Number 1555. EY construes the Second Amended Complaint ("SAC") as alleging claims against only this EY entity. *See* SAC ¶ 30.

Telephone: (424) 386-4404
Facsimile: (213) 629-5063

*Attorneys for Defendant Ernst & Young*

**AKIN GUMP STRAUSS HAUER & FELD**

By: */s/ Josh A. Rubin*
Josh A. Rubin (SBN 308421)
RubinJ@akingump.com
199 Avenue of the Stars, Suite 600
Los Angeles, CA 90067-6022
Telephone: (310) 229-1000
Facsimile: (310) 229-1001

M. Scott Barnard, *pro hac vice*
SBarnard@akingump.com
Jessica J. Mannon, *pro hac vice*
JMannon@akingump.com
2300 N. Field St., Suite 1800
Dallas, TX 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343

Claudius B. Modesti, *pro hac vice*
CModesti@akingump.com
Robert S. Strauss Tower
2001 K St NW
Washington, DC 20006
Telephone: (202) 887-4000

**SIDLEY AUSTIN LLP**

By: */s/ Bruce R. Braun*
Bruce R. Braun, *pro hac vice*
BBraun@sidley.com
Karim Basaria, *pro hac vice*
KBasaria@sidley.com
Rebecca B. Shafer, *pro hac vice*

DEFENDANTS ERNST & YOUNG AND PWC'S JOINDER OF CERTAIN ARGUMENTS

RShafer@sidley.com
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000

*Attorneys for  Defendant*
*PricewaterhouseCoopers Limited*
*Partnership, Dubai Branch*

DEFENDANTS ERNST & YOUNG AND PWC'S JOINDER OF CERTAIN ARGUMENTS