Amanda F. Lawrence (admitted *pro hac vice*)
alawrence@scott-scott.com
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 S. Main St.
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 404-7770
Facsimile:  (860) 537-4432

*Attorney for Lead Plaintiff Movant*
*Bluefin Capital Management, LLC*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WHITE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> BROOGE ENERGY LIMITED, et al., <br><br> Defendants. | Case No.: 2:24-cv-00959-AH-DFM <br><br> **DECLARATION OF CORNELIA J. B. GORDON IN SUPPORT OF PLAINTIFF'S RESPONSE TO THE COURT'S ORDER DENYING APPLICATION FOR CLERK'S ENTRY OF DEFAULT AND ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION, AND MOTION FOR SERVICE OF PROCESS VIA ALTERNATIVE MEANS** |

I, Cornelia J. B. Gordon, declare as follows:

1.      I am an attorney at law duly admitted to practice before this Court and the courts in the state of California.  I am an attorney with Scott+Scott Attorneys at Law LLP (the "Firm"), and counsel of record for Lead Plaintiff Bluefin Capital Management, LLC ("Plaintiff").

2.      I received an invoice from Process Service Network ("PSN") for service on Defendant PricewaterhouseCoopers Limited Partnership, Dubai Branch, in the amount of $1,670.00 U.S. Dollars ("USD").

3.      I received an invoice from Elham Ali Hassan & Associates for service on Defendant Ernst & Young in Bahrain in the amount of $825.00 Bahraini Dinar (approximately $2,173.05 USD).

4.      I received an invoice from Berkeley Research Group UK Ltd (Dubai Branch) for identification of residential addresses for Defendants Paul Ditchburn, Nicolaas L. Paardenkooper, and Lina Saheb in the amount of $13,750.00 USD.

5.      I received an invoice from PSN for service on Defendants Ditchburn, Paardenkooper, and Saheb in the amount of $5,154.00 USD ($1,595.00 USD per Defendant, plus $369.00 USD in printing fees).

6.      In total, Plaintiff has been invoiced approximately $22,747.05 USD for services related to effecting international service.

7.      On the morning of Friday, January 9, 2026, I called Perrie M. Weiner of Baker McKenzie; counsel for Defendants Brooge Energy Limited, Saleh Yammout, Syed Masood Ali, and Paul Ditchburn (the "Brooge Defendants").  When he did not answer, I left a voicemail asking him to return my call.

8.      On Monday, January 12, 2026, at approximately 8:15 a.m. Pacific time, I sent Mr. Weiner, as counsel for the Brooge Defendants, an email asking him to identify Paardenkooper and Saheb's counsel in the SEC investigation.  Mr. Weiner referred me to another associate at his firm, Ben Turner, who stated that he would

1

investigate the matter further.  As of the filing of this Declaration, Mr. Turner has not provided the information.  This email exchange is attached hereto as Exhibit 1.

9.      In addition to the efforts described above, I and other attorneys at the Firm have spent hours personally searching for addresses, social media, and other contacts for both Paardenkooper and Saheb.  These efforts included multiple attempts (without success) to contact the Enforcement Division of the Securities and Exchange Commission ("SEC") to identify Paardenkooper's and Saheb's prior counsel in the SEC investigation, and/or their personal contact information, as well as communication with counsel for two former Defendants in this action— Defendants Neil Richardson and Stephen N. Cannon—to determine if they possessed contact information for either Paardenkooper or Saheb.  They have been unable to provide any contact information as of the filing of this Declaration.  The Firm also employed its own internal investigation team to attempt to identify contact information for both Paardenkooper and Saheb, without success.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*s*/ Cornelia J. B. Gordon
Cornelia J. B. Gordon (CA 320207)

2

DECLARATION OF CORNELIA J. B. GORDON IN SUPPORT OF PLAINTIFF'S RESP. TO DEC. 29, 2025 ORDER AND MOTION FOR SERVICE OF PROCESS VIA ALTERNATIVE MEANS
CASE NO. 2:24-cv-00959-AH-DFM

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2026, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of this filing via electronic means to all counsel of record.

DATED: January 12, 2026

*s*/ Cornelia J. B. Gordon
Cornelia J. B. Gordon (CA 320207)

3