# EXHIBIT 1

| | |
|---|---|
| **From:** | Turner, Ben <Ben.Turner@bakermckenzie.com> |
| **Sent:** | Monday, January 12, 2026 1:40 PM |
| **To:** | Weiner, Perrie; Cornelia Gordon |
| **Cc:** | Amanda Lawrence; Anna Hunanyan |
| **Subject:** | RE: Brooge - Contact information |

Hi Cornelia, we will look into this and get back to you.

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit www.bakermckenzie.com/disclaimers for other important information concerning this message.

**From:** Weiner, Perrie <Perrie.Weiner@bakermckenzie.com>
**Sent:** Monday, January 12, 2026 10:10 AM
**To:** Cornelia Gordon <cgordon@scott-scott.com>
**Cc:** Amanda Lawrence <alawrence@scott-scott.com>; Anna Hunanyan <ahunanyan@scott-scott.com>; Turner, Ben <Ben.Turner@bakermckenzie.com>
**Subject:** Re: Brooge - Contact information

Hi, Cornelia. No, I unfortunately didn't receive any message from you on Friday, but was traveling so that may explain it.

In any event, I believe you have all along been interfacing/communicating with Ben on this matter. So, I am copying Ben who will respond to the below. Thank you.

Best wishes,

Perrie

**Perrie M. Weiner**
Partner in Charge, Los Angeles
Chair, North America Securities Litigation Group
10250 Constellation Boulevard, Suite 1850
Los Angeles, CA 90067
Direct: +1 310 201 4709
Mobile: +1 310 435 5975
Fax: +1 310 201 4721
perrie.weiner@bakermckenzie.com

**From:** Cornelia Gordon <cgordon@scott-scott.com>
**Sent:** Monday, January 12, 2026 8:14:44 AM
**To:** Weiner, Perrie <perrie.weiner@bakermckenzie.com>
**Cc:** Amanda Lawrence <alawrence@scott-scott.com>; Anna Hunanyan <ahunanyan@scott-scott.com>
**Subject:** [EXTERNAL] Brooge - Contact information

Perrie,

I tried to call you on Friday and left a voicemail, but hadn't heard back from you—apologies if I missed your call. Since I hadn't heard back, I wanted to follow up by email.

We believe one of your clients—if not Brooge, then either Mr. Yammout or Mr. Ditchburn, who were both at the company during the pendency of the SEC investigation—has the contact information for the counsel who represented Defendants Paardenkooper and Saheb during the SEC investigation. (If the two represented themselves, we assume your clients had some means of communicating with them, such as a personal email address.) We would like this information.

We are planning to file a Rule 4 motion for alternative service today and request this information in that context. Given your previously-expressed interest in moving the case forward with all parties at the table, we assume you will have no issue providing this information. We understand today might not be possible, but please provide us the contact information at your earliest convenience.

Best,
Cornelia



**Cornelia Gordon,** Attorney
619.798.5303
cgordon@scott-scott.com
www.scott-scott.com
600 W. Broadway + Suite 3300
San Diego, CA 92101

NEW YORK+CONNECTICUT+CALIFORNIA+DELAWARE+TEXAS+VIRGINIA+OHIO+NEBRASKA
AMSTERDAM+BERLIN+LONDON+MONTRÉAL

   

This e-mail may contain confidential or privileged information. If you believe you have received it in error, please notify the sender immediately and delete this message without copying or disclosing it.