Amanda F. Lawrence (admitted *Pro Hac Vice*)
alawrence@scott-scott.com
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 S. Main St.
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 404-7770
Facsimile:  (860) 537-4432

*Attorneys for Lead Plaintiff Movant*
*Bluefin Capital Management, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WHITE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BROOGE ENERGY LIMITED, *et al.*,<br><br>Defendants. | Case No.: 2:24-cv-00959-AH-DFM<br><br>**DECLARATION OF CORNELIA J. B. GORDON IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF ITS RESPONSE TO THE COURT'S ORDER DENYING APPLICATION FOR CLERK'S ENTRY OF DEFAULT AND ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION, AND MOTION FOR SERVICE OF PROCESS VIA ALTERNATIVE MEANS**<br><br>Judge: Hon. Anne Hwang, U.S.D.J.<br>Crtrm: 7D, 7th Floor<br><br>First Street Courthouse<br>350 W. 1st Street<br>Los Angeles, California 90012 |

I, Cornelia J. B. Gordon, declare as follows:

1.      I am an attorney at law duly admitted to practice before this Court and the courts in the State of California.  I am an attorney with Scott+Scott Attorneys at Law LLP (the "Firm"), and counsel of record for Lead Plaintiff Bluefin Capital Management, LLC ("Plaintiff").

2.      I attempted to contact the U.S. Securities and Exchange Commission ("SEC") Enforcement Division multiple times by phone before the filing of Plaintiff's Response to the Court's Order Denying Application for Clerk's Entry of Default and Order to Show Cause Re: Dismissal for Lack of Prosecution, and Motion for Service of Process Via Alternative Means (the "Motion"), including on or around January 7, 2026 (leaving a voicemail).  I also attempted to email several potential email addresses for SEC Enforcement attorneys, but to the extent any went through, I received no response before the filing of this declaration.  Had I been able to establish contact with the SEC on any of these occasions, I would have asked both for Nicolaas L. Paardenkooper's ("Paardenkooper") and Lina Saheb's ("Saheb") contact information and for the identity of the counsel who represented them in the SEC investigation.

3.      Both before the filing of the Motion and up to the filing of this declaration, I have continued to correspond with counsel for the two dismissed defendants, Neil Richardson and Stephen N. Cannon, to attempt to identify the attorney(s) who served as counsel for Paardenkooper and Saheb in the SEC action. Counsel has not had success in identifying Saheb's counsel.  On March 6, 2026, however, I was informed that they had successfully identified Paardenkooper's counsel during the SEC investigation as William Haddad of Venable LLP.

4.      On or around January 7, 2026, I called Liam Faulkner, a partner at Campbells Law Firm in the Cayman Islands who represented Brooge Energy Limited's ("Brooge") holding company, BPGIC Holdings Limited, in that

1

company's liquidation in the Cayman Islands, and left a voicemail asking to speak with him regarding Brooge. He did not return my call.

5. On February 27, 2026, I called Stacey H. Wang at Holland & Knight LLP, who was initially counsel for Brooge in this matter, and left a voicemail asking Ms. Wang to call me back. Instead of returning my call, Ms. Wang apparently forwarded my voicemail to Ben Turner at Baker McKenzie, who called and left me a message on March 2, 2026, while I was traveling, informing me that Ms. Wang was no longer counsel for Brooge in the matter. I attempted to reach Mr. Turner by phone on March 3, 2026, but after being unable to do so, I emailed him explaining that I wanted to speak with Ms. Wang not about the case, but as to whether she knew the attorney(s) who represented Paardenkooper and Saheb in the SEC investigation. I also called Ms. Wang again and explained that I understood she was no longer counsel to Brooge in the matter but that I nonetheless still wished to speak with her, and followed up by email. She did not return my call (or otherwise contact me) before the filing of this declaration.

6. On February 27, 2026, I called Robert S. Matlin at K&L Gates LLP, who represented Brooge from at least the time of the Business Combination until April 2021, and left a voicemail asking Mr. Matlin to call me back. He returned my call while I was traveling and left a voicemail. I called him back and left another voicemail on March 6, 2026; he called me later that same day and we spoke. He stated that William Haddad at Venable LLP was Paardenkooper's counsel during the SEC investigation, but he could not remember who Saheb's counsel was. He stated that he would attempt to find out who Saheb's counsel was, but had not yet provided counsel's identity before the filing of this declaration.

7. I confirmed with our in-house investigative team that previous searches for Paardenkooper's and Saheb's addresses were not limited to the United Arab

2

Emirates.  Our investigative team nonetheless did another search for addresses for both, including in the United States.  No addresses were found.

8.    Our investigative team identified two possible phone numbers for Paardenkooper and one for Saheb.  I personally called all three numbers on February 27, 2026.  At the first number for Paardenkooper, a person picked up and confirmed it was not his number.  At the second number for Paardenkooper, it went to a voicemail in Spanish.  At the number for Saheb, no one answered and the voicemail was not set up.

9.    I asked our in-house investigative team to look into the co-tenants, Mary Ann Boswich and Marisa Bato, who were given the service papers at Paardenkooper's and Saheb's residences, respectively.  Our team was unable to find information on a Mary Ann Boswich or a Marisa Bato living in the United Arab Emirates.

10.    On March 11, 2026, I called William Haddad of Venable LLP and left a voicemail identifying myself and asking to speak with him.  He did not return my call (or otherwise contact me) before the filing of this declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*s/* Cornelia J. B. Gordon
Cornelia J. B. Gordon (CA 320207)

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2026, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of this filing via electronic means to all counsel of record.

> *s*/ Amanda F. Lawrence
> Amanda F. Lawrence (*Pro Hac Vice*)

4