*Eric White, et al. v. Brooge Energy Limited, et al.*
**Case No. 2:24-cv-00959-AH(DFMx)**
**Appendix A: Chart of Entities and Individuals**

| Entity/Individual | Short Name | Role | Classification | Claim(s) |
|---|---|---|---|---|
| **Entities** | | | | |
| Brooge Energy Limited | Brooge or the Company | • Publicly-traded company incorporated in the Cayman Islands with principal place of business in Fujairah, United Arab Emirates. | Brooge Defendant | §10(b) |
| Brooge Petroleum and Gas Investment Company FZE | BPGIC FZE/Brooge or the Company[1] | • Target of the Twelve Seas SPAC and Business Combination. <br> • F/k/a Brooge Petroleum and Gas Investment Company FZC before the Business Combination. <br> • Wholly-owned operating subsidiary of Brooge following the Business Combination. | N/A | N/A |
| Bluefin Capital Management, LLC | Bluefin or Plaintiff | • Investor/Lead Plaintiff. | Lead Plaintiff | N/A |
| Ernst & Young | E&Y | • Audited Brooge's financial statements for FY2017-2019. <br> • Replaced as Brooge's auditor in October 2020. | N/A | §10(b) |
| PricewaterhouseCoopers Limited Partnership, Dubai Branch | PwC | • Audited Brooge's financial statements for FY2020. | Auditor Defendant | §10(b) |

---

[1]    For ease of reference, the term "Brooge" as used in the Amended Complaint encompasses BPGIC FZE, such that references to "Brooge" before the Business Combination are references to BPGIC FZE.

1

| Entity/Individual | Short Name | Role | Classification | Claim(s) |
|---|---|---|---|---|
| | | • Resigned as Brooge's auditor in December 2022. | | |
| Twelve Seas Investment Co. | Twelve Seas | • SPAC that completed its IPO in June 2018.<br>• Became a wholly-owned subsidiary of Brooge in connection with the Business Combination (n/k/a BPGIC International). | N/A | N/A |
| Twelve Seas Sponsors I LLC | Sponsor | • Delaware LLC that sponsored the SPAC.<br>• Elkin was the sole managing member.<br>• Richardson and Cannon members. | N/A | N/A |
| BPGIC Holdings Limited | BPGIC Holdings | • Cayman Islands company that became the parent of BPGIC FZE around October 2019 in preparation for the Business Combination.<br>• Following the Business Combination, held 78.2% of Brooge's voting equity and was Brooge's controlling shareholder. | N/A | N/A |
| Al Brooge International Advisory LLC | BIA | • A related party or affiliate of BPGIC FZE incorporated under the laws of the United Arab Emirates. | N/A | N/A |
| **Individuals** | | | | |
| Paardenkooper, Nicolaas L. | Paardenkooper | • BPGIC FZE CEO beginning in May 2017.<br>• Brooge CEO and Director following the Business Combination.<br>• Resigned as Brooge CEO and Director in December 2022.<br>• BPGIC Holdings CEO following resignation from Brooge.<br>• Named in the C&D Order. | Executive Defendant, Brooge Defendant, and Individual Defendant | §10(b), §20(a) |

| Entity/Individual | Short Name | Role | Classification | Claim(s) |
|---|---|---|---|---|
| Saheb, Lina | Saheb | • Began working for BPGIC FZE in 2013.<br>• BPGIC FZE CSO at time of the Business Combination.<br>• Brooge CSO following the Business Combination.<br>• Brooge Director from December 2020 until her resignation from Brooge.<br>• Brooge Interim CEO following Paardenkooper's resignation in December 2022 until her resignation in August 2023.<br>• Named in the C&D Order. | Executive Defendant, Brooge Defendant, and Individual Defendant | §10(b), §20(a) |
| Yammout, Saleh Mohamed | Yammout | • Began working for BPGIC FZE in October 2018.<br>• BPGIC FZE CFO at the time of the Business Combination.<br>• Brooge CFO and Director following the Business Combination.<br>• Replaced as Brooge CFO in April 2020 (remained BPGIC FZE CFO) but remains Brooge Director. | Executive Defendant, Brooge Defendant, and Individual Defendant | §10(b), §20(a) |
| Masood Ali, Syed | Masood | • Brooge CFO beginning in April 2020.<br>• Brooge CFO contract not renewed in April 2022. | Executive Defendant, Brooge Defendant, and Individual Defendant | §10(b), §20(a) |
| Ditchburn, Paul | Ditchburn | • Brooge CFO beginning in December 2022.<br>• Joined "Office of the CEO" after resignation of Brooge Interim CEO in August 2023.<br>• Became Brooge Interim CEO in January 2024. | Executive Defendant, Brooge Defendant, and Individual Defendant | §10(b), §20(a) |

| Entity/Individual | Short Name | Role | Classification | Claim(s) |
|---|---|---|---|---|
| | | • Replaced as both Brooge Interim CEO and CFO in November 2024. | | |
| Elkin, Dimitri | Elkin | • Twelve Seas CEO from inception up to Business Combination.<br>• Twelve Seas Director from inception to May 2018.<br>• Resigned as Twelve Seas CEO at the time of Business Combination. | SPAC D&O (not a named Defendant) | N/A |
| Richardson, Neil | Richardson | • Twelve Seas Chairman from December 2017 up to Business Combination.<br>• Resigned as Twelve Seas Chairman at the time of Business Combination. | SPAC D&O (not a named Defendant) | N/A |
| Cannon, Stephen N. | Cannon | • Twelve Seas CFO from December 2017 up to Business Combination.<br>• Twelve Seas President from inception to May 2018.<br>• Resigned as Twelve Seas CFO at the time of Business Combination. | SPAC D&O (not a named Defendant) | N/A |