*Eric White, et al. v. Brooge Energy Limited, et al.*
**Case No. 2:24-cv-00959-AH(DFMx)**
**Appendix B: False and/or Misleading Statements**

| ¶ | Date | Source | Speaker | False and/or Misleading Statement | Why False and/or Misleading |
|---|------|--------|---------|-----------------------------------|-----------------------------|
| | | | | **Misstatement Category 1: Overstated Revenue** | |
| 98 | Nov. 25, 2019 | Proxy Statement | Brooge (Twelve Seas) | Defendants reported Brooge's FY2018 revenue as $35,839,268. | Brooge's actual FY2018 revenue was $6,387,348. |
| 98 | June 30, 2020 | FY2019 Form 20-F | Paardenkooper | | |
| 98 | July 1, 2020 | Form 6-K | Paardenkooper | | |
| 98 | July 7, 2020 | Earnings Call | Paardenkooper, Masood | | |
| 98 | July 20, 2020 | Form 6-K with Investor Presentation | Paardenkooper | | |
| 98 | Aug. 17, 2020 | Form F-1 Registration Statement | Paardenkooper, Masood, Yammout | | |
| 98 | Aug. 24, 2020 | Prospectus (424B3) | Brooge | | |
| 98 | Nov. 27, 2020 | Amended FY2019 Form 20-F | Paardenkooper | | |
| 98 | Feb. 4, 2021 | Post-Effective Am. No. 1 to Form F-1 Registration Statement | Paardenkooper, Masood, Saheb | | |
| 98 | Apr. 5, 2021 | FY2020 Form 20-F | Paardenkooper | | |
| 98 | Apr. 6, 2021 | Amended FY2020 Form 20-F | Paardenkooper | | |
| 100 | Nov. 25, 2019 | Proxy Statement | Brooge | | |

| ¶ | Date | Source | Speaker | False and/or Misleading Statement | Why False and/or Misleading |
|---|---|---|---|---|---|
| | | | (Twelve Seas) | Defendants reported Brooge's 1H FY2019 revenue as $22,042,687. | Brooge's actual 1H FY2019 revenue was less, as the restated revenue for the full year of FY2019 was only $15,885,219. |
| 100 | Nov. 30, 2020 | Form 6-K | Paardenkooper | | |
| 100 | Nov. 30, 2020 | Earnings Call | Paardenkooper, Masood | | |
| 99 | June 30, 2020 | FY2019 Form 20-F | Paardenkooper | Defendants reported Brooge's FY2019 revenue as $44,085,374. | Brooge's actual FY2019 revenue was $15,885,219. |
| 99 | July 1, 2020 | Form 6-K | Paardenkooper | | |
| 100 | July 7, 2020 | Earnings Call | Paardenkooper, Masood | | |
| 99 | July 20, 2020 | Form 6-K with Investor Presentation | Paardenkooper | | |
| 99 | Aug. 17, 2020 | Form F-1 Registration Statement | Paardenkooper, Masood, Yammout | | |
| 99 | Aug. 24, 2020 | Prospectus (424B3) | Brooge | | |
| 99 | Nov. 27, 2020 | Amended FY2019 Form 20-F | Paardenkooper | | |
| 99 | Feb. 4, 2021 | Post-Effective Am. No. 1 to Form F-1 Registration Statement | Paardenkooper, Masood, Saheb | | |
| 99 | Apr. 5, 2021 | FY2020 Form 20-F | Paardenkooper | | |
| 99 | Apr. 6, 2021 | Amended FY2020 Form 20-F | Paardenkooper | | |
| 101 | Nov. 30, 2020 | Form 6-K | Paardenkooper | Defendants reported Brooge's 1H FY2020 revenue as $22,893,875. | Brooge's actual 1H FY2020 revenue was less, as the restated revenue for the full year of FY2020 was only $27,191,176. |
| 101 | Nov. 30, 2020 | Earnings Call | Paardenkooper, Masood | | |
| 101 | Sept. 13, 2021 | Form 6-K | Paardenkooper | | |

| ¶ | Date | Source | Speaker | False and/or Misleading Statement | Why False and/or Misleading |
|---|---|---|---|---|---|
| 101 | Sept. 15, 2021 | Earnings Call | Paardenkooper, Masood | | |
| 101 | Apr. 5, 2021 | FY2020 Form 20-F | Paardenkooper | Defendants reported Brooge's FY2020 revenue as $41,831,537. | Brooge's actual FY2020 revenue was $27,191,176. |
| 101 | Apr. 6, 2021 | Amended FY2020 Form 20-F | Paardenkooper | | |
| **Misstatement Category 2: Misstatements Related to Overstated Revenue** | | | | | |
| 105 | Nov. 25, 2019 | Proxy Statement | Brooge (Twelve Seas) | Brooge claimed that it had entered into the initial agreement with the Phase I Customer "[i]n an effort to de-risk the start-up of operations of Phase I." Under this "de-risk[ed]" approach, the Phase I Customer was supposed to "pay [Brooge] (i) a monthly fixed storage fee to lease all of Phase I's storage capacity (irrespective of whether the Phase I [Customer] utilized any storage capacity) and (ii) monthly variable ancillary service fees based on the Phase I [Customer]'s usage of the following ancillary services: throughput, blending, heating and inter-tank transfers." As a result, the Phase I Customer purportedly "*accounted for 100 percent of BPGIC [FZE]'s revenue for the year ended December 31, 2018*." | These statements were materially false and misleading and/or constituted material omissions because (i) the agreement did not "de-risk" Brooge's start-up phase (as the Phase I Customer never paid a cent to Brooge), (ii) the Phase I Customer never complied with the purported terms of its contract with Brooge, and (iii) the Phase I Customer provided *0%* of Brooge's FY2018 revenue—not *100%* as Brooge claimed. |
| 105 | June 30, 2020 | FY2019 Form 20-F | Paardenkooper | | |
| 105 | Aug. 17, 2020 | Form F-1 Registration Statement | Paardenkooper, Masood, Yammout | | |
| 105 | Aug. 24, 2020 | Prospectus (424B3) | Brooge | | |
| 105 | Nov. 27, 2020 | Amended FY2019 Form 20-F | Paardenkooper | | |
| 105 | Feb. 4, 2021 | Post-Effective Am. No. 1 to Form F-1 Registration Statement | Paardenkooper, Masood, Saheb | | |
| 105 | Apr. 5, 2021 | FY2020 Form 20-F | Paardenkooper | | |
| 105 | Apr. 6, 2021 | Amended FY2020 Form 20-F | Paardenkooper | | |

3

| ¶ | Date | Source | Speaker | False and/or Misleading Statement | Why False and/or Misleading |
|---|---|---|---|---|---|
| **Misstatement Category 3: Misstatements Related to BIA and Revenue** | | | | | |
| 107 | Nov. 25, 2019 | Proxy Statement | Brooge (Twelve Seas) | Brooge repeatedly touted its "[s]table and predictable revenue stream for storage services" as a result of its 100% take-or-pay contract with BIA. Brooge stated that it "generates stable and predictable cash flows for its storage services by providing fee-based, take-or-pay storage services to [BIA], under a long-term agreement" that was "for an initial period of four years with a renewal period of five years." The agreement with BIA was particularly important, per the Proxy, because "[t]he level of the fixed storage fee for Phase I is more than sufficient to cover all of [Brooge]'s costs (other than the variable costs associated with ancillary services), including operating costs, wages, depreciation and interest costs." | These statements were all materially false and misleading, and/or constituted material omissions, because (i) Brooge never received any real revenue from BIA (to the extent BIA made any payments to Brooge under the take-or-pay contract, it was reimbursed by Brooge), (ii) because Brooge was generating revenue from a number of customers not subject to a take-or-pay contract, its revenue was not "stable and predictable" or subject to a "long-term agreement" as Brooge claimed, and (iii) because no net payments were made under the take-or-pay contract with BIA, that contract never "cover[ed] all of [Brooge]'s costs." |
| 108 | Aug. 17, 2020 | Form F-1 Registration Statement | Paardenkooper, Masood, Yammout | | |
| 108 | Aug. 24, 2020 | Prospectus Supplement (424B3) | Brooge | | |
| 108 | Feb. 4, 2021 | Post-Effective Am. No. 1 to the Form F-1 Registration Statement | Paardenkooper, Masood, Saheb | | |
| 108 | June 30, 2020 | FY2019 Form 20-F | Paardenkooper | | |
| 108 | Nov. 27, 2020 | Amended FY2019 Form 20-F | Paardenkooper | | |
| 108 | Apr. 5, 2021 | FY2020 Form 20-F | Paardenkooper | | |
| 108 | Apr. 6, 2021 | Amended FY2020 Form 20-F | Paardenkooper | | |
| 109 | July 7, 2020 | Earnings Call | Paardenkooper | Paardenkooper stated that "[o]ur business model is designed to ensure revenue visibility and financial stability with 100% of Phase I and Phase II capacity, fully contract in a multiyear take-or-pay contracts." Defendant Paardenkooper added that "[t]his generates steady stretched fee revenue for Brooge with additional upside potential from incremental and [indiscernible] revenues." | |

| ¶ | Date | Source | Speaker | False and/or Misleading Statement | Why False and/or Misleading |
|---|------|--------|---------|-----------------------------------|------------------------------|
|  | **Misstatement Category 4:   False and Misleading Risk Disclosure About Revenue** |||||
| 112 | Nov. 25, 2019 | Proxy Statement | Brooge (Twelve Seas) | Brooge warned that it was "currently reliant on [BIA] for all of its revenues and any material non-payment or non-performance by [BIA] would have a material adverse effect on [Brooge]'s business, financial condition and results of operations." | This risk disclosure was materially false and misleading, and/or constituted a material omission, because BIA never made payments to Brooge under the contract that it was not later reimbursed—and a result, BIA never performed under the contract's terms. |
| 113 | Aug. 17, 2020 | Form F-1 Registration Statement | Paardenkooper, Masood, Yammout | Brooge "is currently reliant on BIA for the majority of its revenues and any material non-payment or non-performance by BIA would have a material adverse effect on [Brooge]'s business, financial condition and results of operations." | |
| 113 | Aug. 24, 2020 | Prospectus Supplement (424B3) | Brooge | | |
| 113 | Feb. 4, 2021 | Post-Effective Am. No. 1 to the Form F-1 Registration Statement | Paardenkooper, Masood, Saheb | | |
| 113 | June 30, 2020 | FY2019 Form 20-F | Paardenkooper | | |
| 113 | Nov. 27, 2020 | FY2019 Form 20-F | Paardenkooper | | |
| 113 | Apr. 5, 2021[1] | FY2020 Form 20-F | Paardenkooper | | |
| 113 | Apr. 6, 2021 | Amended FY2020 Form 20-F | Paardenkooper | | |
|  | **Misstatement Category 5:   Brooge Defendants' Conflict-of-Interest Misstatements** |||||

---

[1]     FY 2020 Form 20-F and the Amended FY2020 Form 20-F said it was "BPGIC is currently reliant on BIA and the Company's storage customers for the majority of its revenues and any material non-payment or non-performance by BIA would have a material adverse effect on the Company's business, financial condition and results of operations."

| ¶ | Date | Source | Speaker | False and/or Misleading Statement | Why False and/or Misleading |
|---|------|--------|---------|-----------------------------------|------------------------------|
| 114 | Nov. 25, 2019 | Proxy Statement | Brooge (Twelve Seas) | The Phase I & II Customer, Al Brooge International Advisory LLC, is partially owned by Mrs. Hind Muktar. Mrs. Hind Muktar will also be a limited partner of H Capital International LP and the sole shareholder of Gyan Investments Limited, the general partner of H Capital International LP.…H Capital International LP is a minority stakeholder in BPGIC and following a planned sale of Mrs. Muktar's shares in Al Brooge International Advisory LLC, Al Brooge International Advisory LLC will no longer be a related party. | This statement was materially false and misleading, and/or constituted a material omission, because it understated the significance of the conflict of interest and BIA's status as a related party. Contrary to the statement—which indicated any conflicts would be resolved with the sale of Muktar's interest—BIA continued to be a related party and assisted Defendants in effectuating the fake invoicing scheme by purporting to act as Brooge's counterparty in the Phase I take-or-pay contract. BIA, which continued to be "an affiliated or related party" for the duration of the fake invoicing scheme, was reimbursed for "payments" made to Brooge, and never actually made net payments to Brooge under the contract's terms. |
| | | | **Misstatement Category 6:    Brooge Defendants' Internal Control Misstatements** | | |
| 117 | June 30, 2020 | FY2019 Form 20-F | Certified by Paardenkooper and Masood | The CEO and CFO certified that the information contained in the Form 20-F "fairly presents, in all material respects, the financial condition and results of operations of the Company" to their knowledge. | All such certifications were materially false and misleading, and/or constituted material omissions, because (i) the Form 20-F substantially overstated Brooge/BPGIC FZE's revenue for 2018 and 2019, (ii) Brooge's disclosure controls and internal controls over financial reporting had failed to identify and/or |
| 119 | Nov. 27, 2020 | Amended FY2019 Form 20-F | Certified by Paardenkooper and Masood | | |
| 119 | Apr. 5, 2021 | FY2020 Form 20-F | Certified by Paardenkooper and Masood | | |

6

| ¶ | Date | Source | Speaker | False and/or Misleading Statement | Why False and/or Misleading |
|---|------|--------|---------|-----------------------------------|------------------------------|
| 119 | Apr. 6, 2021 | Amended FY2020 Form 20-F | Certified by Paardenkooper and Masood | | report the fake invoicing scheme and revenue overstatements, and (iii) the revenue overstatements and the fake invoicing scheme that supported them, along with the other misstatements identified herein, were not disclosed in the Form 20-F. |
| 121 | Apr. 26, 2023 | FY2022 Form 20-F | Certified by Saheb | | Though the FY2022 Form 20-F and amended FY2022 Form 20-Fs restated the Company's revenue for FY2018, FY2019, and FY2020, they were nonetheless still false and misleading because (i) the prior year restatements were attributed to the failure to classify BIA as a related party, as opposed to the falsification of revenues via the fake invoicing scheme, (ii) Brooge's disclosure controls and internal controls over financial reporting had still failed to identify and/or report the fake invoicing scheme, and (iii) the fake invoicing scheme was not disclosed in the Form 20-F. |
| 121 | May 1 and 2, 2023 | Amended FY2022 Form 20-Fs | Certified by Saheb | | |
| 118 | June 30, 2020 | FY2019 Form 20-F | Certified by Paardenkooper and Masood | The CEO and CFO certified that:<br>• The Form 20-F did "not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading." | All such certifications were materially false and misleading, and/or constituted material omissions, because (i) the Form 20-F substantially overstated Brooge/BPGIC FZE's revenue for 2018 and 2019, (ii) Brooge's disclosure controls and internal controls over financial reporting had failed to identify and/or |
| 119 | Nov. 27, 2020 | Amended FY2019 Form 20-F | Certified by Paardenkooper and Masood | | |
| 119 | Apr. 5, 2021 | FY2020 Form 20-F | Certified by Paardenkooper and Masood | | |

7

| ¶ | Date | Source | Speaker | False and/or Misleading Statement | Why False and/or Misleading |
|---|---|---|---|---|---|
| 119 | Apr. 6, 2021 | Amended FY2020 Form 20-F | Certified by Paardenkooper and Masood | • "[T]he financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the company as of, and for, the periods presented in this report." | report the fake invoicing scheme and revenue overstatements, and (iii) the revenue overstatements and the fake invoicing scheme that supported them, along with the other misstatements identified herein, were not disclosed in the Form 20-F. |
| 121 | Apr. 26, 2023 | FY2022 Form 20-F | Certified by Saheb | • CEO and CFO were "responsible for establishing and maintaining disclosure controls and procedures…and internal control over financial reporting" for Brooge and had, *inter alia*: (a) "designed internal control over financial reporting, or caused such control to be designed "under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles," and (b) disclosed "any change in the company's internal control over financial reporting that occurred during the period covered by the annual report that has materially affected, or is reasonably likely to materially affect, the company's internal control over financial reporting." | Though the FY2022 Form 20-F and amended FY2022 Form 20-Fs restated the Company's revenue for FY2018, FY2019, and FY2020, they were nonetheless still false and misleading because (i) the prior year restatements were attributed to the failure to classify BIA as a related party, as opposed to the falsification of revenues via the fake invoicing scheme, (ii) Brooge's disclosure controls and internal controls over financial reporting had still failed to identify and/or report the fake invoicing scheme, and (iii) the fake invoicing scheme was not disclosed in the Form 20-F. |
| 121 | May 1 and 2, 2023 | Amended FY2022 Form 20-Fs | Certified by Saheb | | |

| ¶ | Date | Source | Speaker | False and/or Misleading Statement | Why False and/or Misleading |
|---|---|---|---|---|---|
| | | | | • CEO and CFO had "disclosed, based on our most recent evaluation of internal control over financial reporting, to the company's auditors and the audit committee of the company's board of directors" the following: (a) "[a]ll significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the company's ability to record, process, summarize and report financial information," and (b) "[a]ny fraud, whether or not material, that involves management or other employees who have a significant role in the company's internal control over financial reporting." | |
| 122 | Apr. 26, 2023 | FY2022 Form 20-F | Saheb | The restatement of Brooge's revenue for FY2018, FY2019, and FY2020 was attributed to a determination that "the funds received from a related party Al Brooge International Advisory LLC (BIA) do not qualify to be recognized as revenue," which Brooge was "rectify[ing]" by taking "funds received from BIA" ($74,253,965) during those years, "revers[ing] [it] from revenue and re-classif[ying] [it] as Advance from | These statements were materially false and misleading, and/or constituted material omissions, because the overstatement in Brooge's revenue was not attributable to an inadvertent failure to classify BIA as a related party, but to Brooge's outright falsification of its revenues as part of the fake invoicing scheme described above. |
| 122 | May 1, 2023 | Amended FY2022 Form 20-F | Saheb | | |

| ¶ | Date | Source | Speaker | False and/or Misleading Statement | Why False and/or Misleading |
|---|------|--------|---------|-----------------------------------|------------------------------|
| | | | | customer under Liabilities for the financial years from 2018 to 2020." | |
| **Misstatement Category 7: Audit Opinion** | | | | | |
| 181 | Apr. 5, 2021 | FY2020 Form 20-F | PwC | In our opinion, the consolidated financial statements present fairly, in all material respects, the financial position of the Company as of December 31, 2020, and the results of its operations and its cash flows for the year then ended in conformity with International Financial Reporting Standards as issued by the International Accounting Standards Board. | Brooge's consolidated financial statements did not fairly represent the financial picture of Brooge and were not in compliance with IFRS due to, *e.g.*, the overstated revenue for FY2020. |
| 182 | Apr. 6, 2021 | Amended FY2020 Form 20-F | | | |
| 181 | Apr. 5, 2021 | FY2020 Form 20-F | PwC | We conducted our audit of these consolidated financial statements in accordance with the standards of the PCAOB. | PwC did not conduct its audit of Brooge's financials in accordance with applicable PCAOB Standards because it ignored numerous red flags as outlined in the Amended Complaint. |
| 182 | Apr. 6, 2021 | Amended FY2020 Form 20-F | | | |
| 181 | Apr. 5, 2021 | FY2020 Form 20-F | PwC | We believe that our audit provides a reasonable basis for our opinion. | PwC's audit did not provide a reasonable basis to issue its clean audit opinion on Brooge's financials because it ignored numerous red flags as outlined in the Amended Complaint. |
| 182 | Apr. 6, 2021 | Amended FY2020 Form 20-F | | | |

10