**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIC WHITE, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:24-cv-00959-AH(DFMx) |
| Plaintiff, | |
| vs. | **ORDER GRANTING DEFENDANT ERNST & YOUNG'S MOTION TO ENTER PARTIAL JUDGMENT PURSUANT TO RULE 54(B)  [194]** |
| BROOGE ENERGY LIMITED F/K/A BROOGE HOLDINGS LIMITED F/K/A TWELVE SEAS INVESTMENT COMPANY, NICOLAAS L. PAARDENKOOPER, SALEH YAMMOUT, SYED MASOOD ALI, LINA SAHEB, DIMITRI ELKIN, NEIL RICHARDSON, STEPHEN N. CANNON, PAUL DITCHBURN, ERNST & YOUNG, and PRICEWATERHOUSECOOPERS LIMITED PARTNERSHIP, DUBAI BRANCH, | |
| Defendants. | |

## **ORDER**

On June 26, 2026, Ernst & Young moved this Court to enter judgment dismissing lead plaintiff Bluefin Capital Management, LLC's claims against it pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

The Court, having considered the motion, Ernst & Young's supporting papers, and the fact of Plaintiff's consent, HEREBY ENTERS JUDGMENT dismissing Plaintiff's claims against Ernst & Young with prejudice.

**IT IS SO ORDERED.**

Dated: JUNE 29, 2026

_____

Honorable Anne Hwang

United States District Judge

ORDER GRANTING ERNST & YOUNG'S MOTION TO ENTER JUDGMENT
Case No. 2:24-CV-00959-AH(DFM)