UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ERIC WHITE, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

BROOGE ENERGY LIMITED F/K/A BROOGE HOLDINGS LIMITED F/K/A TWELVE SEAS INVESTMENT COMPANY, NICOLAAS L. PAARDENKOOPER, SALEH YAMMOUT, SYED MASOOD ALI, LINA SAHEB, DIMITRI ELKIN, NEIL RICHARDSON, STEPHEN N. CANNON, and PRICEWATERHOUSECOOPERS LIMITED PARTNERSHIP, DUBAI BRANCH,

Defendants.

Case No.: 2:24-cv-00959-AH-DFM

**ORDER ENTERING FINAL JUDGMENT DISMISSING PRICEWATERHOUSECOOPERS LIMITED PARTNERSHIP, DUBAI BRANCH**

Judge: Hon. Anne Hwang

On July 29, 2026, the Court granted PricewaterhouseCoopers Limited Partnership, Dubai Branch's ("PwC's") Motion to Dismiss the Third Amended Complaint (ECF 180), with prejudice. ECF 206. Having further found that there is no just reason for delaying final judgment on the dismissed claim against PwC, the Court HEREBY ENTERS FINAL JUDGMENT dismissing the claim against PwC, with prejudice, pursuant to Federal Rule of Civil Procedure 54(b).

**IT IS SO ORDERED.**

Dated: August 13, 2026

Honorable Anne Hwang
United States District Judge